IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:16-cv-03155 |
| NANTHEALTH, INC.; NANT WORKS, LLC; NANT HOLDINGS IP, LLC; and DR. PATRICK SOON-SHIONG, | § § § § § | |
| Defendants. | § § | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that Plaintiff The Board of Regents of The University of Texas System, a state board established for governing The University of Texas System, a Texas state agency ("<u>Plaintiff</u>"), is a governmental entity and, therefore, is not required to file a disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Notwithstanding the foregoing, Plaintiff will file an appropriate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure if the Court so requests.

1

Dated:  October 26, 2016

Respectfully submitted,

JACKSON WALKER LLP

By:  */s/ Charles L. Babcock*
Charles L. Babcock
TXBN 01478500 / SDTXBN 10982
*Attorney-in-Charge*

John K. Edwards
TXBN 24002040 / SDTXBN 21645
D. Brit Nelson
TXBN 14888660 / SDTXBN 23680
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 – Telephone
(713) 752-4221 – Facsimile
cbabcock@jw.com; jedwards@jw.com;
bnelson@jw.com

Carl C. Butzer
TXBN 03545900 / SDTXBN 16376
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile
cbutzer@jw.com

Emilio B. Nicolas
TXBN 24058022 / SDTXBN 1151680
enicolas@jw.com
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000 – Telephone
(512) 236-2002 – Facsimile
enicolas@jw.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      This is to certify that on October 26, 2016, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system; that Defendants' Filing Users for the CM/ECF system to send notification of such filing are currently unknown because Defendants have not yet been served with process or appeared in this lawsuit; and that Defendants will be served with a copy of the foregoing document contemporaneously with the service of process.

                                                 */s/ John K. Edwards*
                                               John K. Edwards