# Exhibit  9

# Exhibit  9



STATEMENT FROM THE COCHAIRS

Dianne Rekow, Ph.D., D.D.S.

University of Medicine and

Dentistry

Peter Eisenberger, Ph.D.

Princeton University

The objective of this conference, convened at the request of NIH Director, Dr. Harold E.
Varmus, is to identify promising avenues of research that will advance biomaterials and
permanent medical implant science, providing both new and improved implants that are safe
and cost effective. Those of you who have been invited to participate were carefully chosen
for your scientific expertise and experience in the field. However, for this meeting, we need
you to cast yourself into another role. You need to become an informed patient who needs a
permanent medical implant and firmly believes that such a device will improve the quality of
life. In this role, you will be challenged to address difficult philosophical questions
regarding the priorities for future developments. Indeed, you will be challenged to propose a
new research enterprise.

Each year, hundreds of thousands of medical implants are placed. Even as early as 1988,
more than 11 million Americans had at least one implant; 30 percent of them had more than
one. However, even today, many of the available materials are based on old technologies.
Developments are often driven by intuition rather than science-based design principles.
These applications often use materials designed for nonbiologic purposes. What will make
the needs of the patients drive biomaterials research and implant design and development?
What is a successful implant? What is the vision (e.g., mission, priorities, and educational
components) of the future research enterprise?



# BIOMATERIALS AND MEDICAL IMPLANT SCIENCE

PRESENT AND FUTURE PERSPECTIVES

## OCTOBER 16 - 17, 1995

Natcher Conference Center

National Institutes of Health

# Biomaterials and Medical Implant Science:
# Present and Future Perspectives

### A National Institutes of Health Workshop

### October 16-17, 1995

## *Summary Report*

vivo monitoring approaches (e.g., magnetic resonance imaging . Finally, interdisciplinary training is critical for the future of this field.

- Mr. Richard A. Hazleton, Chairman and CEO of Dow Corning Corporation, discussed the urgent need for sound scientific evidence to overpower the pseudoscience and scare tactics often used during legal challenges. He indicated that a crisis is emerging in biomaterials availability that could affect at least one member of each American family. To solve this problem, industry must work with the government to develop scientifically based standards for all medical materials and forcefully defend the integrity of sound science and the safety of biomaterials that meet those standards. Legislation also is needed to protect consumers from faulty devices and to limit the liability of raw material suppliers to instances of genuine fault with their biomaterials products. These solutions are urgently needed because each device involves a procedure and a patient. The reduced availability of biomaterials means the reduced ability to receive adequate health care for a range of patients from infants to the elderly.

- Dr. Gail Naughton, President and Chief Operating Officer of Advanced Tissue Sciences, described recent advances in tissue engineering and new developments on the horizon. She reported that tissue engineering is the science of growing new tissues and organs to replace a patient's missing or diseased tissues. This field integrates the sciences of cell biology, biomaterials, biochemistry, biomedical engineering, and transplantation to create physiological substitutes that offer the benefits of being highly tested, reproducible, and devoid of animal proteins and nondegradable materials. Tissue-engineered skin products have shown success in the treatment of severe burns and in the long-term closure of diabetic foot ulcers. The development and optimization of new biointeractive scaffolds can offer tremendous advances applicable to the engineering of other tissues, including cartilage, bone, liver, and cardiovascular implants.

- Dr. Patrick Soon-Shiong, Director of the Islet Transplant Program at St. Vincent's Medical Center and President of VivoRx, Inc., delineated an array of exciting possibilities for tissue cell therapy for unmet medical needs. He indicated that breakthrough therapies involving biomaterials delivered through minimally invasive techniques will revolutionize the treatment of life-threatening diseases for which no effective therapy currently exists. The promise of such therapy is evidenced by the successful reversal of Type 1 diabetes in patients by a simple injection of self-regulating, insulin-secreting cells that are protected by a semipermeable biomaterial membrane. Next-generation therapeutic delivery systems will allow interaction with the biological milieu and provide new therapies through specific targeting of therapeutic agents to diseased organs, through nonviral delivery of gene products, and through self-regulated release of hormones or peptides. The implications for health care in the United States, for patients afflicted with chronic debilitating diseases, for the scientific community, and for the U.S. economy are

2

enormous.  To realize the full potential of these biological interactive systems, it is imperative that a multidisciplinary infrastructure be established to allow the full integration of scientists working in fields as diverse as clinical medicine, surgery, biomaterial science, and cellular and molecular biology.  Such institutions will be the pharmaceutical production sites of the future and will facilitate the rapid transition of discoveries from the laboratory bench to proof-of-principle in man as safely and efficiently as possible.

In addition, to lower the staggering cost of disease management and to enable the United States to maintain its competitive lead in this field, it is critical that the medical device and pharmaceutical industries, academia, and federal agencies such as the NIH, the National Science Foundation (NSF), and the Food and Drug Administration (FDA) collectively develop an integrated policy of standards regarding the safety and efficacy of current and future biomaterials.

Dr. James M. Wilson, Director of the Institute for Human Gene Therapy and Professor and Chair, Department of Molecular and Cellular Engineering, University of Pennsylvania, outlined possible future developments and limitations in cellular and molecular engineering and gene therapy.  Dr. Wilson described gene therapy as a technology that eventually may be useful to all disciplines and subspecialties of medicine.  Somatic gene therapy is currently under development, and germline gene therapy is a possibility in the future.  This new technology is likely to influence science in a manner and at a pace similar to that of the introduction of recombinant DNA technologies into basic science.

The smooth muscle, liver, and endothelial cells are easy targets for gene therapy strategies.  If genetically enhanced cells function in a prescribed manner, they may replace many of the medical devices in current use.  The potential of this innovation is limited, however, by the inefficiency of gene delivery and the inadequate length of expression.

Gene delivery is large-particle science.  For example, for retroviral gene delivery, the cell must be dividing for the DNA to be taken up.  In addition, these viruses are difficult to grow.  The adenovirus is easily purified, grown, and delivered noninvasively into nondividing cells, although the genes so delivered are not incorporated into the genome and are eventually partitioned out by subsequent cell divisions.  Liposomes, molecular conjugates, and virosomes are gene encapsulation delivery approaches that also have proven inefficient and, in some applications, ineffective.  They are in effect autologous "organ transplant" particles that induce production of neutralizing antibodies to the delivery vehicle and thus prevent repeat therapy for the patient.

Gene delivery science offers a superb opportunity for innovation by the field of biomaterials and medical implant science.  The ultimate vector should be easily

3

grown, purified, delivered to a specific site on nondividing target cells, and integrated into the genome. Also, the vector needs to be immunologically transparent. The adeno-associated viruses exhibit a number of these characteristics. Currently, only one of the known 45 serotypes of human adenovirus is under investigation.

Additional interesting scientific challenges exist with respect to preclinical toxicology testing, proof-of-concept testing in humans, advanced manufacturing and processing methods, and federal regulation of the field. With the development of effective and efficient delivery vehicles, the field of gene therapy will reach its potential.

Dr. Susan Runner, Oral Surgeon in the Dental Devices Branch of the Center for Devices and Radiological Health of the FDA, presented the perspective of the physician and the implant patient in a discussion of the current state of the art for temporomandibular joint (TMJ) implants. Ms. Terrie Cowley, a TMJ patient and president of the TMJ Association, Ltd., provided a chronology of an implant that failed and the impact of this failure on a person's life. In their vision for the future, Dr. Runner and Ms. Cowley note that federal agencies have acted as repositories of incoming information from patients regarding the problems they faced with their implants, and that in the future it will be important for these agencies to communicate freely about their experiences. A complete understanding of the functioning of the TMJ is needed before TMJ problems can be treated appropriately. For example, it will be important to note what the actual pathology is, what types of loss of function are acceptable, and what approaches may be used to manage pain. To obtain this information, formal collaboration by all agencies involved, without concern over territory, will be important. Systems such as the MedWatch program should have specialists in the biomaterials sciences and clinicians to detect implant health-care emergencies and act upon them appropriately. Information about previous implant material failures must be disseminated early to all members of the medical implant community. Materials information in a compendium would be useful to FDA reviewers, researchers, and clinicians.

Dr. Runner and Ms. Cowley envision a center at the NIH that would serve as a central resource for conducting and, perhaps, funding research on all biomaterials for implantation, particularly for difficult applications. The more complex the reconstruction scenario, the more collaborative efforts are needed. Multidisciplinary teams may be formed to design and develop materials and test products before they are tested clinically. Following clinical application, implant information must be kept in a database for surveillance, the device or explant should be retained, and the patient should be followed for the rest of his or her life. Explanted devices and tissue should be analyzed, and the data made available for future materials design. The center would be a resource for industry and act as a vehicle for developing teams of scientific expertise and resources to focus on troubling issues and develop a device-retrieval analysis system. This center could be funded through a government-industry partnership.

4

# Grid Computing and Health Information Sharing
## *A Platform Proposal*

JULY 14, 2009
ROOM 100
THE KECK CENTER OF THE NATIONAL ACADEMIES
500 FIFTH ST., NW
WASHINGTON, DC 20001

---

**Meeting objectives**

1. Explore the potential for the sharing and use of scientific information and electronically-embedded clinical data for care enhancement, monitoring and knowledge development.
2. Review the technical elements, applicability and feasibility of a specific proposed grid computing based platform.
3. Discuss a theoretical test case that will help illustrate the capacity and functionality, in the near- and longer-term, of the proposed approach.
4. Identify and consider commonalities with related activities and proposals in play.
5. Identify key remaining technical issues related to proof of concept and progress.
6. Identify follow-up important to advancing concepts and application.

---

### *Agenda*

**9:30 am**   **Coffee and light breakfast**

| 10:00 am | Welcome, introductions and overview |
|---|---|

Harvey Fineberg, President, Institute of Medicine
Michael McGinnis, Institute of Medicine

| 10:15 am | Activities in The Academies related to health information technology |
|---|---|

Herbert Lin, National Research Council
Michael McGinnis, Institute of Medicine

| 10:30 am | Large scale health data sharing: a priming overview |
|---|---|

John Halamka, Harvard University
Ken Buetow, National Institutes of Health

| 11:00 am | Introduction to the National Coalition for Health Integration (NCHI) |
|---|---|

Patrick Soon-Shiong, National Coalition for Health Integration

| 11:30 am | NCHI conceptual and technical overview |
|---|---|

Carl Kesselman, University of Southern California
Ian Foster, University of Chicago & Argonne National Laboratory

**12:30 pm**   **Lunch**

| 1:00 pm | **NCHI use case: conceptual and technical issues contending with H1N1** |

NCHI panel, moderated by Carl Kesselman

**Compared to the current system, and to alternative health data sharing paradigms, the team will describe how the proposed approach would function in a national outbreak of H1N1. What might we see with respect to timing, accuracy, and effectiveness of early detection and verification, communicability, incidence tracking, severity determination, impact on health care facilities, response effectiveness, immunization strategies, identifying and monitoring possible vaccine side effects, communication strategies, engagement of key parties—including patients and their families?**

| 2:00 pm | **General discussion, summary, and next steps** |

Michael McGinnis, Institute of Medicine
Harvey Fineberg, Institute of Medicine
Ralph Cicerone, National Academy of Sciences

3:00 pm     **Adjourn**

## Meeting Participants

Brian Athey, Ph.D.
Professor of Biomedical Informatics
University of Michigan Medical School

David Blumenthal, M.D., M.P.P.
National Coordinator for Health Information Technology
Department of Health and Human Services

J. Lyle Bootman, Ph.D., Sc.D.
Dean, College of Pharmacy
University of Arizona

Ken Buetow, Ph.D.
Director, NCI Center for Bioinformatics & caBIG
National Institutes of Health

Atul Butte, M.D., Ph.D.
Director, Center for Pediatric Bioinformatics
Stanford University School of Medicine

Basit Chaudhry, M.D., Ph.D.
Vice President and CMO
National Coalition for Health Integration

Ralph Cicerone, Ph.D.
President
National Academy of Sciences

Denis Cortese, MD
President & CEO
Mayo Clinic

Don Detmer, M.D., M.A.
President-emeritus
American Medical Informatics Association

Stephan Erberich, Ph.D.
Director Functional Imaging and Biomedical Informatics
Children's Hospital of Los Angeles

Colin Evans
President & CEO
Dossia

Phil Fasano
Chief Information Officer
Kaiser Permanente

Harvey Fineberg, M.D., Ph.D.
President
Institute of Medicine

Ian Foster, Ph.D.
Arthur Holly Compton Distinguished Service Professor
University of Chicago

John Halamka, M.D.
CIO and Dean for Technology
Harvard Medical School

Carl Kesselman, Ph.D.
Director, Center for Medical Informatics
University of Southern California

Leslie Lenert, M.D.
Director, National Center for Public Health Informatics
Centers for Disease Control and Prevention

Herbert S. Lin, Ph.D.
Computer Science and Telecommunications Board
National Research Council

Donald A. B. Lindberg, M.D.
Director, National Library of Medicine
National Institutes of Health

J. Michael McGinnis, M.D., M.P.P
Senior Scholar
Institute of Medicine

Chalapathy Neti, Ph.D.
Associate Director, WW Healthcare Strategy
IBM

Marc Overhage, MD, PhD
Director of Medical Informatics
Regenstrief Institute, Inc.

Jonathan Perlin, M.D., Ph.D.
President, Clinical Services
HCA.

Ted Shortliffe, M.D., Ph.D.
President and CEO
American Medical Informatics Association

Jonathan Silverstein, M.D., M.S., FACS, FACMI
Computation Institute & Chan Soon-Shiong Scholar
University of Chicago and Argonne National Laboratory

Patrick Soon-Shiong, M.D., M.S.
Chairman and CEO
National Coalition for Health Integration

William Stead, M.D.
Associate Vice Chancellor & Chief Information Officer
Vanderbilt University Medical Center

Steve Tuecke
Computation Institute & Chan Soon-Shiong Scholar
University of Chicago and Argonne National Laboratory

Eric E. Whitaker, M.D., M.P.H.
Executive Vice President for Strategic Affiliations
The University of Chicago Medical Center



## Grid Computing and Health Information Sharing
### July 14, 2009

### *Discussion notes (draft)*

NATIONAL ACADEMY OF SCIENCES
WASHINGTON DC

## Background context

With the national commitment to universal application of electronic health records, and their expanded use globally, the prospect is at hand for an entirely new resource and approach to the sharing and use of health information for clinical care, public health, and the conduct of clinical research. Several concepts, pilots, and operational approaches are currently under way to explore and advance the capacity. With the sponsorship of the Foundation for Translational Science, a meeting was hosted at the National Academies on July 14, 2009, to bring together knowledgeable stakeholders for a discussion of needs, opportunities, current approaches, priority issues, and potential next steps in fostering progress. *Presented here is an informal summary of the discussion, which should not be interpreted as consensus of the group or of the Institute of Medicine or the National Academies.*

## Meeting goals

- Explore the potential for electronically-embedded clinical data and scientific information to be shared and used on a large scale to improve clinical care, public health, and the conduct of biomedical research.
- Review the technical elements, applicability and feasibility of a specific proposed grid computing based platform.
- Discuss a hypothetical test case that might help illustrate the capacity and functionality of the proposed approach, in the near- and longer-term.
- Identify and consider commonalties with related activities and proposals in play.
- Identify key remaining technical issues related to proof of concept and progress.
- Identify follow-up important to advancing concepts and application.

## Participants

Meeting attendees came from multiple sectors—research facilities, academic institutions, private corporations, government, health care organizations—and represented deep expertise and experience in path-breaking development and use of technology to manage information. Particular expertise was represented in the use of information technology for storage, retrieval, sharing, and use of clinical data. The meeting agenda and participant list follows this summary.

## Agenda flow

- Introductions, comments on participant interests, and overview of activities in the Academies related to health information technology
- A priming overview of large scale health data sharing approaches
- Introduction to grid computing and large scale health data sharing and management

- Overview of the National Coalition for Health Integration (NCHI), and conceptual and technical presentation of NCHI strategy
- Use case: exploration of the conceptual and technical issues in the proposed strategy's contending with a hypothetical H1N1 outbreak
- General discussion, summary, and highlighting of next steps in advancing the concepts and applications.

**Discussion highlights**

*National Academies' HIT perspectives and work.* Opening greetings from Harvey Fineberg and Michael McGinnis, underscored the importance of HIT to improving the many dimensions of health care, from education and research—basic biomedical to translation and CER, to decision support, quality improvement, developing learning systems, to community health interests (e.g. monitoring, tracking health based interventions, post-market surveillance). Grid computing has been successful at improving computational capacity in many fields and in anticipating science or policy emerging around efforts to use it for large scale clinical data sharing and use for clinical improvement, a key issue will be to understand to what degree it represents a strategic advantage for accomplishing the many functional requirements for HIT. Emphasis was given to the potential for synergy among the participants present.

In introductory observations, participants underscored a number of issues and objectives as particularly important for the meeting's discussions, including progress in: achieving greater clarity on principles or sets of principles that can guide the process and outcomes of cooperative efforts, better characterizing the potential impact of effective data sharing capacity; sharper insights on technical advances needed, including what might be learned from other industries' experience; ways in which the field of computer science and systems engineering might contribute; identifying possible areas of partnership—with whom, why, and how; practical applicability and next steps (e.g. what is the big project or idea, how might these ideas be tested or feasibility demonstrated?)

Herb Lin of the Academies' Computer Science and Telecommunications Board gave a short summary of the report of the Committee on Computational Technology for Effective Health Care. He noted that the Committee undertook its work by drawing from previous Academy work, the published literature, and a series of strategic site visits, in addition to member expertise. The report's central conclusion was that "current efforts aimed at the nationwide deployment of health care IT will not be sufficient to achieve the vision of 21st century health care, and may even set back the cause", if additional emphasis is not given to computer-embedded cognitive support for clinical decision-making. Criticisms of current approaches focused on their primary aim at automating existing paper-based forms (tasks, business processes, regulatory compliance, documentation) rather than focus on providing cognitive/best care support, linking care with research, and design for good human-computer interaction. Of the 5 domains of IT in health care—automation, connectivity, decision support, data mining, modeling—only the first two receive attention. Recommendations were offered for ways health care organizations, the government, and the computer science research community might foster near-term evolutionary progress (with cognitive aids for clinicians and patients, better integration of technology into workflow, and improved data recording), while setting the stage for longer-term radical or disruptive change (in architecture and workflow design, broad scale data archiving and real-time context-accommodating information mining).

*Large scale health data sharing overview.* John Halamka of Harvard Medical School led off the formal agenda discussion with a brief primer on healthcare information exchange efforts, touching on players at the national level, the profile of architectures and standards, and examples of two approaches: decentralized messaging as in Massachusetts, and centralized and normalized approach,

as in Indiana. He noted that, at the national level, the Office of the National Coordinator for Health IT has formed several workgroups: the HIT Policy Committee (with working groups on *meaningful use; certification; and health information exchange*); the HIT Standards Committee (with working groups on *clinical operations; clinical quality; and security and privacy*). Also active are the Health IT SP, which brings together over 700 organizations to harmonize standards, CCHIT, and the Nationwide Healthcare Information Network. Halamka then reviewed work ongoing in Massachusetts and Indiana to illustrate how different architectures have been utilized for health care information exchange, with the former using a decentralized messaging gateway framework built on the network of each participating institution, and the latter using centralized and normalized repositories.

*Grid computing approaches to large data sharing.* Ken Buetow of the National Cancer Institute provided the meeting's overview of grid computing approaches. At the basic level, grid computing is the act of sharing tasks over multiple computers, which, joined together, act like a virtual super-computer. Modern supercomputers are built on the principles of grid computing. Tasks can range from data storage to complex calculations and can be spread over large distances. The key is in the infrastructure to handle computation, data movement and storage over large grids without dependence on specific hardware and requirements. The difference between grid computing and cluster computing is that grids have no centralized management, each computer is independently controlled, and can perform tasks unrelated to the grid. Computers in a grid do not require the same operating system or hardware and are loosely connected.

Buetow began with a description of the different layers and uses of health information exchanges— some to facilitate direct patient care, some to facilitate the systemic dimensions of care (e.g. regulatory, payment, reaching underserved), and some to facilitate monitoring and research. He shared Kesselman and Foster's definition of a grid as "hardware and software infrastructure that provides dependable, consistent, pervasive and inexpensive access to high-end computational capabilities" , noting that they use standard, open, general purpose protocols and interfaces to coordinate resources not subject to centralized control. He described what he termed as the three grid "philosophies" 1) closed consortia addressing specific problems with "local" semantics (e.g. Biomedical Informatics Research Network); 2) individual groups accessing community resources using their own semantic mapping (e.g. myGrid); and 3) communities accessing local and community resources with common semantics (e.g. cancer Biomedical Informatics Grid—caBIG). Buetow concluded with a discussion of the potential of networking multiple grids, and summarized the key prerequisites: explicit system-readable contracts, explicit data definitions, enterprise-wide functionality, implementation decoupling, role-based security, traceability, choreography enablement, government, explicit human-readable contracts, formalized community communications.

*Grid computing and health care.* Patrick Soon Shiong of the National Coalition for Health Integration (NCHI) introduced the discussion of the potential of grid computing to improve health care, underscoring the compelling contemporary health challenges—e.g. growing prevalence of chronic diseases, rapid increases in costs of care, 5% of patients incurring 55% of healthcare costs (Wellpoint data), medical treatment as essentially reactive in character, clinical decision-making complicated beyond clinician capacity—and noting the need for real-time evidence development with integrated data gathering and analysis systems employing genetic information and continuously improving predictive models to deliver tailored guidance at the point of care. He described this as a complex adaptive systems challenge—the sort described in the IOM report *Crossing the Quality Chasm*—requiring large-scale collaboration, integration and interoperability, and using the full range of available information processing and signal detecting technologies. This is the aim of the NCHI, and the networks of partnerships it is fostering in its efforts to transform health care.

*NCHI platform proposal for grid computing and health information sharing*.   A conceptual and technical overview of the NCHI platform proposal was coordinated by Carl Kesselman, including contributions from Basit Chaudhry, Stephan Erberich, Ian Foster, and Steve Tuecke.   Noting that much of health care takes place in the zone of complexity typical of complex adaptive systems, he pointed out that the individuals and institutions involved act, in effect, as overlapping Virtual Organizations (VOs) with common goals and needs for sharing of meaningful information. A key need is to identify ways to make it easy for these groups to form and ensure great return for little initial investment to facilitate growth over time. The grid paradigm offers an approach to break down this very complex problem into issues that can be addressed: principles and mechanisms for dynamic VOs; leveraging service oriented architecture (SOA); loose coupling of data and services; and open software (not essential, but valuable driver of adoption) and open architecture. The *platform services* take data sources (medical records, labs, genomics, imaging, pathology, RHIO) and make the data usable and useful (integration), name data and move it around (management), make data accessible over the network (publication), and manage who can do what (security). The paradigm also includes integration of *value services* (cognitive support, applications, analysis). Access is determination by various features—e.g. lists, identity codes, roles, attributes.

These services help to partition the multi-faceted interoperability problem into three different layers: *process interoperability*—how to integrate across healthcare enterprise (Applications and Analysis); *data interoperability*—syntactic (among system elements), semantic (across system elements) (Integration); and *systems interoperability*—how to communicate securely, reliably among system elements (publication, management). Highlights include:

- *Security and policy* (access authorizations): the key is to attribute authorities—structure information transfer according to attribution rather than individuals. This approach is currently used by caBIG architecture.
- *Publication* (make information accessible): The goal is simply to provide data to those qualified to use them—only well defined pieces of information are released into system.  The grid serves as a gateway from local policy/protocol into wide area mechanism—tight control (the approach is currently in use by: Children's Oncology Group VO and Neuroblastoma Cancer Foundation).
- *Management* (naming and moving data): the challenge is to develop persistent, uniform global naming of objects—independent of type, and orchestrate data movement among services. Currently there is no systematic way of naming health objects—the grid approach is to develop a health object identifier (HOI)—a global infrastructure for taking a string and resolving into information necessary to allow global data movement.
- *Integration* (making data usable and useful): Can take a rigid standards approach with 100% syntactic and semantic agreement or the loosely coupled approach, in between, adaptive approach, scope the problem down, get some agreement established but accept that this is not feasible?  A more useful approach is Integration via mediation in which the capacity to move to a common interpretation is build into the network. A query to the local data is in the same form as which the data are published, and mapping between local and national levels can be described to map between models.
- *Analytics* (transform data into knowledge): the challenges of analytics were illustrated in the huge backlog of data created by genetic and genomics research that have the potential to improve patient care.

*Use case: contending with an H1N1 outbreak*.   An illustrative case study was offered by reviewing how the grid might function during an outbreak of the H1N1 virus. In this circumstance, with initial report of scattered cases over several states, the players are multiple (HHS, CDC, state public health, state and national reference labs, local hospitals and providers. It is a circumstance requiring seamless real-time capture of case reports as they are identified. Intervention steps would include:

- Establish a virtual organization (VO) including CDC, state public health, labs, including roles & policy
- Experts define data model for prevalence (diagnostic standards, epidemiologic requirements, incidence, transmissibility, severity), HOI to track back to patient record and create audit trail, configure mediators to aggregate prevalence
- Develop model for parameters of interest (HOI allows correlation on a per patient basis); configure mediators, refine models
- Model to determine vaccine optimizing strategy
- Characterize rapid care VO (patient, ID experts, radiologists, primary care physician, public health officials, local epidemiologists, supply chain managers, (perhaps even remote/tele-heath
- Continuous updates of models as disease plays out.

**Points to ponder**

The meeting's discussion touched on various aspects of the presentations and related issues. Prior to the conclusion of the meeting, each participant was asked to offer a brief perspective as to:

1. Counsel for NCHI's next steps to accelerate its progress in working to develop a practical, workable model for real-time clinical data sharing and use for care, public health and research?

2. Suggestions on policy approaches—e.g. under the stewardship of the Office of the National Coordinator for Health Information Technology (ONC)—that might enhance progress, receptivity, and natural patient-clinician adaptation to the seamless flow of clinical data for use in care, public health and research?.

3. Thoughts on ways that the National Academies ought to consider facilitating or accelerating progress?

Observations and suggestions offered include those noted below, recorded without attribution but they represent specific comments made as individual opinions. *They are not intended to represent either consensus of the participants or views of the National Academies or Institute of Medicine.*

### *General*

- Independent of the technical and programmatic possibilities from grid and other large scale clinical data sharing approaches, progress toward the vision expressed throughout the discussion depends on two basic pre-conditional elements: 1) full implementation of EHRs throughout clinical care, and 2) EHR structures that are fundamentally oriented to learning—through cognitive assistance delivered at the point of care, and through capture and sharing of clinical experience and outcomes.
- The pace of progress in any large scale data sharing initiative may be directly related to how quickly the effort shows utility for patients and patient care, so attention to demonstrating problem solving is a key priority.
- Similarly, it is important to assess and describe the potential policy and population-wide utility (value add) of the capacity to harness large-scale data sets (e.g. setting community health priorities, tracking program effectiveness, use in programs like the Critical Path Initiative for drug discovery).
- Building trust is a key component of any initiative whose primary aim is sharing and use of data.
- The toughest technical challenge is at the integrative layer, which needs to be "pre-corrugated" as a practical matter.
- A number of content issues must be considered from the outset, such as how increasingly available molecular data will be integrated and put to larger uses.

*National Coalition for Health Integration*

- The grid platform approach has significant potential to help transform health care, and one that underscores recent findings in the NRC report on Computational Technologies for Effective Health Care.
- Expression of the vision and an inventory of the Grand Challenges to large scale clinical data sharing are needed for long term progress; but in the near term, goals must be realistic and approachable—and exhibit measurable progress.
- Additional testing of the "proof of concept" is needed through the conduct of pilot studies both to demonstrate the feasibility and practical utility of the technology, as well as to identify the elements of the approach needing particular attention.
- To move forward with illustrating the impact of grid computing on health care problems, participants suggested several topics or audiences, including:
  - A project to illustrate how the discussed techniques will help folks 'in the trenches' of health care delivery and policy development advance their work
  - Reconciliation of the Veterans' Administration and Department of Defense systems.
  - Reconciliation of systems from some of the established EMR vendors (e.g. systems of the customers of the top 5 EMR vendors)
- Pilots must be sufficiently large to demonstrate benefit—a key challenge in this respect will be reaching certain the level of adoption needed to realize important secondary effects.
- Develop next steps: identify some 'ready-made' virtual organizations—communities for which there is an alignment of needs and an urgency to address.
- The Memphis information exchange model was suggested as a useful reference and resource for NCHI.
- Concerns and cautions expressed included:
  - Overestimation of the biomedical community's capacity to provide real-time information
  - The integration layer is the most complex piece, particularly when considering issues of scale, and a workable solution to that challenge must be demonstrated.
  - Clarity is needed on what the upfront costs might be for possible participants
  - Using federated naming and data sharing architecture for various types of mining and evidence, one must think about architecture for federated analytics—i.e. moving the analytics to the source of data.
  - May be more useful to think about three pillars simultaneously: 1. infrastructures for evidence generation and CER; 2. how to architect POC systems for highly usable systems (no disruption to workflow, etc.; and 3. incentives for one and two—for progress, payment systems and incentives must be in place.
  - Perhaps the central challenge will be convincing participants to share data.

*Policy approaches*
*Note: Special emphasis is indicated on the fact that this meeting was not convened to develop policy recommendations for any government body, and items noted are individual opinions and not formal counsel of any entity.*

- National (i.e. ONC) leadership and strategy is central to the primary challenge of providing the economic and professional incentives to catalyze clinician acceptance and productive use of EHRs.
- Such leadership is also important to advancing the discussion of large scale interoperability beyond the creation of standards.
- With large scale data sharing technologies, the issue is not likely standards—which can become ceilings and not floors—but tools that are facilitative.

- There are currently few technical barriers to the type of work discussed, and, without careful construction, rules and standards might in certain circumstances restrict innovation, or otherwise impede progress.
- Especially important is keeping imposition on source organizations to a minimum.
- In response to an invitation for suggestions on the rules that need to be changed or put in place, so that the emergent information systems are as functional as possible, a few were suggested:
  – Simple set of standards for transport is key (e.g. no modification, parties understood)
  – Simple standards to ensure the reliability of data (e.g. basics on encryption and security)
  – Rules that describe low-level conductivity (e.g. how do the various entities interact?)
- Given the stakes, some potentially high-risk initiative by ONC is important to help the field experiment and find new approaches (e.g. quickly-funded, test cases to better understand the scalability needed).
- Consider redefining interoperable data to emphasize a stable meaning over time ("data that can be aggregated and interpreted in light of existing and evolving data")
- Look beyond the simplistic, pure vendor model. Focusing on one technology to encompass the many facets of functionality needed, can ignore the complexity of the issues at play.
- Avoid mistakes of UK (building HIT from scratch); existing platforms can be built upon.
- Avoid separating and segmenting the fields of biomedicine
- Develop metrics of how well our health care system is responding to HIT integration efforts.

### *The Academies / Institute of Medicine*
- Expand the day's discussion to involve a broader audience and explore in more detail the related activities under way, the technical issues at hand, the policy and governance questions to engage.
- In the right circumstances, work of the IOM and the Academies can help foster a vision for progress, help articulate a national goal, and help identify the types of simultaneous initiatives needed to get there. Work engaging several different dimensions is needed (e.g. facilitated use of clinical data for new insights, standards for evidence, means of accelerating application to patient care and tracking results, federal oversight issues, coverage policies).
- As a natural honest broker and convene, the IOM and the Academies might help foster cross-agency and sector interaction facilitative to:
  – Provide a neutral venue to convene vendors with other stakeholders for discussions and activities.
  – Provide an umbrella organization to support and nurture work needed to bring about greater synergy in work on large scale clinical data sharing.
  – Facilitate needed discussion of the grid platform proposal and the development of a pilot project or technology feasibility study. Players include FDA, NIH, IBM, CDC etc.
- Foster a dedicated conversation/pilot project on the development of the Health Object Identifier as a key translational element.
- Several topics were also suggested for exploration, through committee consensus reports or other mechanisms, including possible studies on:
  – What it means to work at the level of the plan to coordinate care around the patient and the implications information and data mobilization.
  – Implications of payment reform discussions on the ability to develop and sustain the platform necessary for the work discussed at the meeting
  – Phase 2 of NRC study on Computational Technology for Effective Health Care to support research on how to work with multi-scale models etc.

**Next steps**
1. Solicit follow-up comments from participants and selected others on additional suggestions for constructive action—on field, policy, and collaborative issues.
2. Schedule and convene a larger workshop to broaden the discussion, focusing on:
   a. More extensive discussion of approaches to large scale data sharing, including grid computing
   b. Consideration of cross-cutting issues in need of collaborative engagement
   c. Exploration of potential governance issues, mechanisms, and strategies
3. Consider collaborative work to identify in greater specificity the technical and data quality barriers to the development of a practical large scale clinical data utility, the possible solutions and ways to accelerate testing, and the prospective "value add" for health care, public health and research.
4. Explore with DOD and the VA interest in involvement in a collaborative pilot.
5. Consider a dedicated follow-up conversation on the development of the Health Object Identifier as a key translational element.

**APPENDIX**
Meeting agenda and participant list

**NOTE: The Academies convened the meeting on Grid Computing and Health Information Sharing as a preliminary review of the state-of-play in the arena. It also served as a means of informally identifying opportunities to accelerate progress in the field of large scale clinical data sharing and use to improve medical care, public health, and biomedical research. The Institute of Medicine is grateful to the participants for sharing their individual expertise and insights, and to the Foundation for Translational Science for its support of the meeting. Neither the meeting nor these discussion notes should be interpreted as endorsement or validation by the Academies or meeting participants of any particular technology, product or approach.**

# Exhibit 10

# Exhibit 10

# THE ROADMAP TO HEALTHCARE TRANSFORMATION:

## THE INTEGRATED HEALTH NETWORK
## A CONTINUOUSLY LEARNING HEALTHCARE SYSTEM



*Many Lives. Common Cause.*

*A commitment by visionary national leaders in philanthropy, academia, and the private sector to chart a new course toward health integration for patients in the United States and to share this innovation with the world.*

*This national initiative re-imagines the way patients, doctors, and researchers across the nation can securely access actionable health information at the point of care, in the time of need, for the lowest cost — a next-generation Internet for secure health information, transforming complex big data to evidence-based care and a continuously learning healthcare system in America.*

*The National Cooperative and The Cancer Collaborative\**

*Non-Profit Entities*
The Chan Soon-Shiong Family Foundation
The Chan Soon-Shiong Institute of Molecular Medicine
The Clinton Foundation
National Coalition for Health Integration
Bipartisan Policy Center CEO Council for Health and Innovation

*Private Sector Collaborators*
NantHealth
Bank of America
Celgene Corporation
The Coca-Cola Company
Verizon Communications

*Academic & Health System Collaborators*
City of Hope
Childrens Hospital of Los Angeles
Childrens Hospital of Phoenix
Dartmouth-Hitchcock Health System
Greenville Health System
John Wayne Cancer Institute
Methodist Cancer Center
University of California Davis
University of California Los Angeles Health System
University of Colorado Denver
University of Texas, M.D. Anderson Cancer Center

*For more information please contact:*
*Info@CancerCollaborative.org*

*\*as of January 2014*

# Table of Contents

I.   Executive Summary ............................................................................................................. 3

II.  The Imperiled State of Our Healthcare Non-System ........................................................... 10

III. The Imperative to Transform the Non-System of Care ....................................................... 11

IV.  Addressing the Non-System of Care by Harnessing the Partnership of Expert Stakeholders at a
     National Scale .................................................................................................................... 13

V.   Intelligent Clinical Operating System (iCOS) for Actionable Information at Point of Care and Time
     of Need .............................................................................................................................. 15

VI.  The War Against Cancer ..................................................................................................... 18

VII. Formation of The National Cooperative and The Cancer Collaborative ............................... 21

VIII. Current Projects: National Impact for 21st Century Medicine ............................................ 23

## I.    Executive Summary

As America reforms healthcare, how do we ensure quality <u>and</u> lower costs?

How can each doctor or hospital keep pace with the complexity of medical advances and explosion of scientific knowledge?

How can we battle the perverse incentives that often tilt the system toward self-interest instead of medical quality?

We believe ***integrating information in real-time*** is the answer. Biomedical information is transformational when it is correct, evidence-based, accessible, organized, timely, patient specific and integrated in directly usable manner with all other complex data relevant to the problem available across all relevant disciplines in the era of molecular genomic medicine.

We have the technology to deliver actionable health information on a national scale at the point of care, in the time of need, for the lowest cost.

Because of the dramatic computational and technological advances that have occurred in the last decade, large scale distribute architectures (grid computing) have been created that are able to handle the scale and complexity of America's sprawling healthcare system. Much of this extraordinary innovation has been funded by the federal government *but had never been applied to the healthcare field.*

When he signed the stimulus bill, President Obama said:
> "Because we know that spiraling health care costs are crushing families and businesses alike, we're taking the most meaningful steps in years towards modernizing our health care system. It's an investment that will take the long overdue step of computerizing America's medical records to reduce the duplication and waste that costs billions of health care dollars, and medical errors that cost thousands of lives each year."

> But there are already problems on the horizon.

1.  <u>The formats of these different electronic medical records are not compatible with each other</u>. As the AP recently noted, "Many hospitals that have gone electronic have systems that cannot share information with another hospital or doctor."

    So if a patient goes to a hospital that uses one of multiple proprietary EMR software systems, and asks her doctor -- who uses a different EMR software system -- to send her medical records electronically to the hospital, it won't be possible.

2.  In a *New England Journal of Medicine* article, Dr Kenneth Mandl and Dr. Isaac Kohane of

Harvard write that the EMRs being developed are "pre-Internet era software – costly and wedded to proprietary standards that make it difficult for customers to switch vendors and for outside programmers to make upgrades and improvements."

3. In short, the EMRs being developed will likely modernize the offices or hospitals that share the same software, but they will not actually create a national network.

*The Electronic medical records being driven are not compatible with each other or scalable for the whole country.*

This initiative is about deploying the most robust, modern, open-source and flexible grid computational technology available to integrate all possible sources of healthcare data. It's about making complex molecular genomic and proteomic data accessible at a national scale so that it can be used to provide the best actionable information at the point of care, in the time of need. And it's about achieving those ends while guarding privacy without compromise. This **Intelligent Clinical Operating System (iCOS)** can improve millions of lives and save billions of dollars.

Imagine if researchers could tap into the real experiences of doctors around the country with a simply query, or instantly find a group of patients who might take part in a new clinical trial. Imagine a physician who could type in a patient's diagnosis and get a reply that not only offers best treatment guidelines, but nearby clinical trials underway, diagnostic imagery from similar cases and local pharmacies' prices for several drugs the physician might prescribe. Imagine patients and payers sharing the knowledge they need to make the best decisions at every step, *before* treatment begins.

Imagine if life-threatening diseases such as cancer, diabetes or kidney failure were detected earlier? For example, the warning signs of diabetes and kidney failure are often buried in routine blood tests or eye exams. Early treatment can deter end stage renal failure. This technology could alert doctors to the warning signs buried in the data. Right now kidney disease accounts for twenty percent of all healthcare costs in this country -- $744 billion dollars annually. If even five percent of these costs were eliminated, it would save $370 billion dollars over the next ten years for just kidney disease.

Imagine if metastatic cancer such as stage 4 cancer of the pancreas was not a death sentence. Imagine if such patients could be placed in remission, and be alive 5 years after this dreaded diagnosis of end stage pancreatic cancer. Such remarkable results may be dependent on the patient's and provider's access to an intelligent clinical operating system, access to the world's fastest supercomputer with the world's largest cancer genome database, and informed by the latest clinical protocols. Imagine no more - such results exist.

Imagine if the tools existed to monitor cancer cells from the blood, and quantitatively predict the molecular changes in a cancer cell as it happens in real-time before diagnosis, after

diagnosis, and after chemotherapy. This "liquid biopsy" will forever change cancer care. Institute scientists have now accomplished this goal of retrieving cancer cells from the blood.

*The technology exists. The hardware and advanced fiber network is largely in place. The information is all around us.*

The **National Cooperative** is a partnership of the Chan Soon-Shiong Family Foundation, the Chan Soon-Shiong Institute for Molecular Medicine, the National Coalition for Health Integration, Celgene Corporation, NantHealth, Bank of America, The Coca-Cola Company, Verizon Communications, The Clinton Foundation, major academic centers, and health systems. The National Cooperative is pioneering a way for the complex macro-ecosystem of people and institutions to make their own information available and ask for others', while keeping the very highest standards for patient privacy in place…a **National Healthcare Learning System** for **best care at lower cost**. In part it is a software solution, putting the best computation scholarship to work where it matters most. In part it is a social solution, helping all the participants in the world of healthcare to understand the benefits they would reap from a new approach of collaboration and information sharing for the common good.

The Institute of Medicine (IOM) report on "Delivering High Quality Cancer Care" describes the delivery of cancer care in our country as a "System in Crisis." The report notes that complex new life-saving treatments may be unavailable to patients in the community who lack access to sophisticated next generation tests and clinical trials. Yet, the vast majority of cancer care is delivered by community oncologists. This disparity in care means that important cancer advances will not reach the majority of patients in desperate need for them.

The National Cooperative would raise the standard of healthcare for all Americans, especially those who are underserved by giving doctors in hard-pressed urban clinics and distant rural offices the same information and intellectual advantages that providers in the best teaching hospitals have. It is a way to tap the knowledge, the work and the potential now hidden in our system, and make it available to all.

The Chan Soon-Shiong Family Foundation has committed a billion dollars to the pursuit of this initiative. Since 2006, Dr. Patrick Soon-Shiong has funded initiatives to harness the convergence of wireless connectivity, advanced supercomputer networks, nanotechnology and the next generation genomic revolution all in the pursuit of creating a National Information Highway to transform healthcare in our nation and fundamentally change the way patients are treated.

To that end Dr. Soon-Shiong has funded *The National Coalition of Health Integration*, *The National Lambda Rail, The Cancer Genome Browser, The Healthcare Transformation Institute, The Cancer Knowledge Action Network, the CEO Council for Health and Innovation at the Bipartisan Policy Center,* and NantHealth, all of which have each initiated programs across the nation between 2006 to 2013 to further a National Integrated Continuous Learning Healthcare System, integrating complex big data in real-time, and placing the nation on the path to the cure for cancer.

Several National Cooperative Initiatives are already underway:

A. **The Nation's First Intelligent Clinical Operating System (iCOS)** is installed in the largest oncology practice group in the nation and driving value based care across 150 practices, integrating 50 individual systems, managing 3.3M patient records across 22 EMRs, with real-time data feeds of 50GB per day. This is the first cloud-based operating system of its kind in healthcare that is based on supply chain principles and grid service oriented architecture, that integrates the knowledge base (21st century best care), with the delivery system (coordinated integrated care), and the payment system (highest quality at lowest cost).



B. **Cancer Decision Support Engine as a SAAS tool** is providing real-time access to over 1,700 evidence based oncology treatment regimens and a library of 10,000 ongoing clinical trials is currently used by over 50 percent of US oncologists equating to 32M covered lives.

C. **Real-time Wireless Biometric and Vital Sign Health Boxes** are installed on a national scale. Device connectivity is now operational at over 250 hospitals, including 120 Epic sites, connecting over 6,000 medical devices and capturing 3 billion vital signs annually.

D. **Advanced Fiber Network** is connected across the nation to the NCHI supercomputer in Arizona. This network began with the National LambdaRail (NLR), a fiber infrastructure designed for basic science and the physics scientific community. There is an urgent need to replace this aged infrastructure of the NLR with a modern fiber network integrated into clinical practices and hospital facilities across the nation. The National Cooperative has initiated this process of creating a new next generation national secure infrastructure for big data transport with the private sector.

E. **Advanced Cloud Based Bidirectional Hospital-Based and Patient Health Electronic Medical Record System** is currently in operation in 12,700 facilities across 13 countries globally.

F. **The Nation's First Comprehensive Molecularly Driven Clinical Decision Platform** is operational, deriving insight from DNA to Protein to Peptide to Drug in near real-time, before clinical treatment begins. In July 2012, the CSS Institutes' scientific team collected 6,017 tumor and germline exomes, representing 3,022 cancer patients with 19 unique cancer types. This massive amount of data totaled 96,512 gigabytes and was successfully transferred and processed via the Institutes' supercomputing, high-speed fiber network in 69 hours. This overall transfer speed represents a stream of one sample

every 17.4 seconds, and the supercomputer analysis for genetic and protein alterations between the tumor and normal sample completed *every 47 seconds per patient*. Given the nation's estimated cancer rate of 1.7 million new cases in 2012, this infrastructure now brings the capability of analyzing 10,000 patients per day**.** By 2013, this library has grown to over 16,000 cancer genomes processed.



By transcending the genome and entering the age of the proteome, it is now possible to trace in near real-time the evolution and change occurring in the cancer cell and identifying the driver of growth. CSS Institutes scientists have successfully connected cancer genomic analysis to the proteomic analysis, and have established the nation's first comprehensive molecularly driven clinical decision platform, deriving insight from DNA to protein to peptide to drug in near real-time, before clinical treatment begins. Through this comprehensive molecular analysis network, doctors can finally make cancer treatment more efficient, more effective, and more affordable for more patients. With public and private partners equally as committed to reshaping the way doctors deliver healthcare and treat cancer, there are no limits to what this health information breakthrough might lead to for all cancer patients.

G. **Monitoring Cancer from the Blood ("Liquid Biopsy"):** In 2013, Institute scientists demonstrated the nation's first ability to retrieve circulating tumor cells, based on their physical characteristics from the blood in patients with metastatic pancreatic cancer while on chemotherapy. This capability of retrieving cancer cells from the blood (one in a billion circulating cells), revolutionizes the capability of monitoring patients with cancer- before the diagnosis, during treatment, and after the treatment. Combined with the revolutionary integration of genomics <u>and</u> proteomics we now have tools for the first time to move at the speed of change, matching that of the cancer cell- a technology that has eluded us thus far in our quest to cure cancer.

The Chan Soon-Shiong Family Foundation and Dr. Soon-Shiong's umbrella organization, NantWorks, have made significant investments to these early efforts. The next step is to create a public-private partnership that builds upon these current projects underway to bring to life a truly global network. It is an ambitious goal, on the order of the first-generation Internet or the Human Genome Project.

Over the last decade, working both as a philanthropic enterprise and working with the leadership from Fortune 500 companies, this collaboration has developed an operational national health network architecture and assembled a broad coalition committed to seeing it put to work.

In 2014 the Chan Soon-Shiong Institute for Advanced Health will launch Institutes of Molecular Medicine across the nation. **The Chan Soon-Shiong Institutes of Molecular Medicine (CSS IOMM)** mission is to fundamentally transform how patients afflicted with life threatening diseases, such as cancer, are treated. An alliance of these Institutes and other leading medical centers across the nation will form **The Cancer Collaborative** to facilitate rapid sharing of molecular information on a global scale amongst these Institutes. This collaborative will transfer knowledge to the underserved and to practicing physicians in the communities in real-time, thereby ensuring that 21st century medicine would benefit all, a national continuously learning healthcare system in America. Current members of the Cancer Knowledge Action Network, Genomics America, and The Cancer Collaborative include UCLA Health System, John Wayne Cancer Institute, Methodist Cancer Center, University of California Davis, Childrens Hospital Los Angeles, Dartmouth-Hitchcock Health System, Greenville Health System, Childrens Hospital of Phoenix, City of Hope, University of Texas M.D. Anderson Cancer Center.


**Partnership with the Clinton Foundation**

In January 2014 at the Clinton Health Matters Conference, NantHealth and the Clinton Foundation announced a collaborative partnership to improve domestic health nationwide. This initiative will target key issues facing healthcare in our nation:

- Coordination and integration of care through the deployment of Intelligent Clinical Operating Systems and standardization of digital medical records in underserved communities, such as Coachella Valley and Central Arkansas
- Improving employee population health
- 21st century cancer care in the era of genomics through a National Cancer Collaborative

NantHealth will deploy its Intelligent Clinical Operating System (iCOS) in two underserved communities being targeted for assistance by the Clinton Health Matters Initiative - Central Arkansas and the Coachella Valley. Within each community, NantHealth will provide technical resources, clinical expertise, and philanthropic support to implement iCOS. Through this deployment NantHealth will establish a uniform digital standard of health communication to enable integrated health network and coordination of care – so that patients and providers can securely access actionable health information at the point of care, in the time of need – a next generation Internet for secure health information, transforming complex big data to evidence-based care and a continuously learning healthcare system in America.

The partnership between NantHealth and the Clinton Health Matter Initiative will also work with other organizations such as Bipartisan Policy Center CEO Council on Health and Innovation and local experts to develop long term plans designed to measurably improve the health and wellness of individual employees and employee communities. As part of this endeavor, the partnership will adopt a comprehensive package of customized well-being practices, to be endorsed and implemented by large and medium-sized employers in the region.

**In Summary**

At an annual spend of over $2.7 trillion the United States boasts the largest expenditure for healthcare on the planet. This rate of expenditure is unsustainable, threatens the future economic, security and wellbeing of the country. Yet with all this spend the United States faces the paradox that compared to the rest of the world it falls far behind in terms of quality, outcomes and cost!

There is an urgent need, a moral and a financial imperative for this nation to address the ever-increasing complexity of medical decision-making, the deluge of data cluttering the ability for both patient and provider to extract actionable information in real-time, the disaggregated, dangerous non-system of care, as well as the ever increasing and unsustainable costs. Building on the aims of the Accountable Care Act, the United States can and should implement a comprehensive transformation of healthcare delivery nationwide. All parts of this health ecosystem must be objectively measured so that patients, providers and payers can achieve better access, better safety and better outcomes, all at lower cost, in real-time. No such infrastructure exists on a national scale for healthcare.

The National Cooperative, a partnership of the Chan Soon-Shiong Family Foundation, the Chan Soon-Shiong Institute for Molecular Medicine, the National Coalition for Health Integration, Celgene Corporation, NantHealth, Bank of America, The Coca-Cola Company, Verizon Communications, the Clinton Foundation, major academic centers, and health systems. The National Cooperative is pioneering a way for the complex macro-ecosystem of people and institutions to make their own information available and ask for others', while keeping the very highest standards for patient privacy in place…a National Healthcare Learning System for best care at lower cost. In part it is a software solution, putting the best computation scholarship to work where it matters most. In part it is a social solution, helping all the participants in the world of healthcare to understand the benefits they would reap from a new approach of collaboration and information sharing for the common good.

The National Cooperative is a commitment by visionary national leaders in philanthropy, academia, and the private sector to chart a new course toward health integration for patients in the United States and to share this innovation with the world. This national initiative re-imagines the way patients, doctors, and researchers across the nation can securely access actionable health information at the point of care, in the time of need, for lower cost — a next-generation Internet for secure health information, transforming complex big data to evidence-based care and a continuously learning healthcare system in America.

## II.    The Imperiled State of Our Healthcare Non-System

United States healthcare is a complex ecosystem of independent actors including patients, providers, payers, policy makers, pharmaceutical manufacturers, distributors, insurers, and researchers. Each actor is specialized within the delivery of care and is isolated in terms of the information available to them. The complexity of the healthcare delivery system extends beyond a scientific understanding of the human body and the environmental, genetic and biological events that cause disease. Factors political, economic, and emotional impact the steady state of the healthcare delivery ecosystem. Individual rewards and aspirations drive behavior as each interacts, self-organizes, learns, reacts, and adapts to one another. Having a complex system for health is not inherently bad. However, legislation and policy have evolved clinical care, public health and research practices into such a state that the U.S. healthcare system is failing to systematically deliver measurable quality at acceptable cost. By all measures, our expenses are high, there is real waste in the system, and we cannot effectively measure what we value: quality, safety, evidence-based care, or the application of research progress. In short, we have a non-system.

The U.S. healthcare system is characterized by:

1. Perverse incentives driving parochial competing entities toward self-interest
2. Privacy protection managed as a liability rather than as a primary responsibility
3. Monolithic proprietary data systems tightly coupled to specific actions without data sharing or re-use

The absence of integration, interoperability and secured access to data on a national scale is not limited by available technology only, but inhibited by perverse incentives. The absence of integration and the pursuit of perverse incentives drive inappropriate utilization and increased waste and inefficiency. In short, health and biomedicine in the United States, though best in the world at virtuoso performances, is fragmented and failing to meet its potential, with unsustainable costs to the country.

> *"We don't really have a healthcare delivery system in this country. We have an expensive plethora of uncoordinated, unlinked, economically segregated, operationally limited microsystems, each performing in ways that too often creates suboptimal performance. We have, at best, a nonsystem of care, and truth be told, the current nonsystem of care is inconsistent, massively expensive, sometimes dangerous, operationally inefficient, and dysfunctionally and sometimes perversely incented."*
>
> **George Halvorson,**
> **Health Care Reform Now!**
> **A Prescription for Change 2007**

## III.    The Imperative to Transform the Non-System of Care

Patients look at their physician as a person of science, trained to find a cure for the affliction causing pain and suffering. Ironically, it is precisely the expanding scientific advancements in the field that continue to make the clinical practice of medicine increasingly complex rather than more efficient, reliable or effective. The explosion of scientific knowledge has exceeded the cognitive capacity of the practicing physician thereby endangering the patient with inappropriate delivery of healthcare.

Only through advances in health information management, linking together information resources via advanced networks using open architectures and open standards, is it possible for the clinician to regain the cognitive support needed for optimal care. Within this context, the following core principles that guide The National Cooperative were set forth.

> *"In a country with such great wealth and resources as ours, the disparity of care for the indigent and underserved is unacceptable. It is our obligation to work together to transform the healthcare system such that the poor can receive care equal to that available to the more fortunate, and share this innovation with the rest of the world. By establishing an interconnected intelligent network of health information and evidence-based care, we have the opportunity for exporting health innovation for the benefit of humanity."*
>
> ***Patrick Soon-Shiong, M.D., California State of the State Conference, 2006***

### Core Principles

- All patients needing medical treatment have the right to immediate access to the latest scientific evidence about their disease or condition, and to be able to use that information to make informed decisions with their physician and payer before treatment begins.



'Of all the forms of inequality, injustice in health care is the most shocking and inhumane'

- Dr. Martin Luther King, Jr.

We remember the words of Dr. King and know that we are faced with the challenge of establishing healthcare as a *human right*

- Patients have the right to expect that their healthcare providers and payers are relying upon evidence-based treatment guidelines when recommending the best course of treatment for their disease or condition.

- Patients have the right to be informed of next generation treatment options that are available in clinical trials for their disease or condition.

- Every patient in the United States has the right to the highest quality of care regardless of financial status. The disparity of care in one of the wealthiest nations in the world is unacceptable.

- The costs of the current healthcare delivery system are unsustainable.

- Transformation of the healthcare system is not just a moral and economic imperative, but is a necessity of national importance.

## IV.  Addressing the Non-System of Care by Harnessing the Partnership of Expert Stakeholders at a National Scale

In the same year that Senator Lister Hill envisioned a national communications system – 1965, Medicare was enacted to provide healthcare for the elderly. Yet after almost 50 years, the country has not effectively addressed integration of the complex ecosystem of medical care in a holistic manner at a national scale. A systems approach is required to address both the complexity of the work-flows of medical care at the micro level of the individual doctor, scientist, hospital and patient while simultaneously addressing the macro policy issues of universal access, disparity of care, and cost reduction. From the outset it is necessary to integrate these complex micro- and macro-systems to provide actionable information at the point of care and to manage healthcare costs while providing the highest quality care.

Perhaps the most significant impediment to systematic transformation of healthcare has been the challenge of gathering, inducing and harnessing the collaboration of an enormously diverse and complex spectrum of subject matter experts required to work collaboratively for a common cause. Without collaboration there is simply no integration, without integration there is no data, without data there is no analysis, decision support or insights into outcomes, and without a continuum of outcome analysis there is no ability to provide the best patient care, nor the ability to modulate the practice of medicine at the lowest cost to the country—evidence-based medicine.

Philanthropy driven by a sense of urgency and purpose can be an enormous catalyst for innovation to challenge all sectors to develop solutions at an unprecedented scale and scope. In this case, philanthropy has fueled the country's best and brightest talent in science, technology and healthcare to develop next-generation computing infrastructure that is

> *The implications for healthcare in the United States, for patients afflicted with chronic debilitating diseases, for the scientific community and for the United States economy are enormous. To realize the full potential of these biological interactive systems, it is imperative that a multidisciplinary infrastructure be established to allow the full integration of scientists working in fields as diverse as clinical medicine, surgery, biomaterial science and cellular and molecular biology. Such institutions will be the pharmaceutical development sites of the future...to lower the staggering cost of disease management and to enable the United States to maintain its competitive lead in the field, it is critical that the pharmaceutical industries, academia, and federal agencies such as the National Institutes of Health, the National Science Foundation and the Food and Drug Administration collectively develop an integrated policy...*
>
> **Patrick Soon-Shiong, M.D.**
> **Biomaterials Conference Address: Present and Future Perspectives, NIH, September 1995.**

centered on the needs of the patient – all with a focus on protecting patient privacy. This philanthropy, coupled with infrastructural investment already made by the National Science Foundation, Department of Energy, and the National Institutes of Health (including National

Center for Research Resources, National Library of Medicine, and the National Cancer Institute), has contributed to this gathering of an organization unprecedented in scale and scope.

This partnership is designed to be a trusted, objective organization, interfacing public and private interests with subject matter experts of national stature in healthcare delivery and payment, basic and clinical research, public health, policy, pharmaceutical industry, community outreach, next-generation health information technology, high performance computing, and engineering. This group has formed a common understanding and agreement that there is a need to come together at national scale to address the country's healthcare crisis, and that there is a widening gap between the rapid advancements in medicine and physicians' cognitive abilities to process and interpret such huge amounts of information at such a rapid pace. These leaders have committed themselves to addressing this gap on behalf of patients so that the day may come quickly when information technology makes it possible for patients to be motivated together with their physicians and payers to choose the right care for them, at the right time, and based upon the most current scientific research.

The nation's massive inability to measure outcomes and hence drive evidence-based, preventative, predictive medicine is addressable with authorized access to health data on a national scale. Advances in distributed systems make possible a network using open architectures and standards, whereby evidence-based treatment guidelines are applied to medical care delivery through the payment system

> *"We must develop a communications system so that the miraculous triumphs of modern science can be taken from the laboratory and transmitted to all in need."*
>
> **Senator Lister Hill, 1965**
>
> **Cornerstone, Lister Hill Center, National Library of Medicine**

Enabling authorized access to health data on a national scale will make it possible for the healthcare industry to measure outcomes and hence drive evidence-based, preventative, predictive medicine. Sharing of data collected in the process of care is necessary for understanding clinical performance and outcomes, conducting both exploratory and hypothesis driven clinical research, and feeding back the results to systematically improve care. This requires individual institutions to aggregate their own data and work with other institutions to collect sufficiently heterogeneous and sized populations to enable understanding of the complexity of human biology and disease. Progress will require explicit negotiation and technical implementation of policies and procedures to share data.

## V.   Intelligent Clinical Operating System (iCOS) for Actionable Information at Point of Care and Time of Need

The technology being deployed by NantHealth is a platform of robust, distributed computing technologies; referred to as the Intelligent Clinical Operating System (iCOS). These technologies utilize robust, proven, open systems and architectures to address interoperability using private, secure methods. Thus, they enable the possibility of authorized access to health data at a national scale for the first time. Through iCOS patients, doctors, and researchers across the nation can securely access actionable health information at the point of care, in the time of need – best care at lower cost.



*Figure 1. National Integrated Health Network Architecture Providing Portals for All Stakeholders*

At the core of the health system are billions of individual pieces of information that must be glued together to form everything from longitudinal health records and records of patient treatment to research databases. Information needs to be linked across the myriad of different types of data systems, needs to incorporate paper records, and must be done in a secure and privacy-preserving manner. Furthermore, these connections must endure, lasting decades into the future. Naming and linking are the fundamental operations upon which a robust and national scale health information infrastructure can be built. For example, images produced by

an imaging facility must be connected to genetic profiles. New, and as yet unknown, diagnostic data must be connected to existing health records. Payment records must be connected with diverse and distributed patent encounters. New information is continuously being published throughout the system. The Intelligent Clinical Operating System can identify all of these billions of single pieces of information by a method that is reliable, scalable and secure. iCOS is capable of connecting current systems, including regional health information organizations (RHIOs) and electronic medical records (EMRs), at a national scale.



*Figure 2. Intelligent Clinical Operation System (iCOS) Integrating Data Across All Input Points*

Core to the design of iCOS are the concepts of distributed computing, modern service oriented architecture (SOA), and other scalable robust technologies for information mapping, identity, security, and analytics.

Once data, documents, or images are identified, iCOS technology can then connect the disparate threads of information into a rich and flexible collection of health records independent from local information systems and identification conventions. Information can be linked together without disclosing the details, allowing these architectures to create health records without requiring a unique patient ID and with preservation of patent privacy.

As these technologies are deployed, NantHealth gives particular attention to strengthening the interface between the patient, provider and payer. When the technology simultaneously delivers to this important triangle of decision-makers unbiased, objective analysis of treatment choices based upon the latest medical and scientific evidence, the patient and their physician can make more informed decisions, and with the payer part of the loop, decisions of cost and reimbursement are addressed up front.

iCOS technology is the tool to drive personalized, evidence-based medicine at reduced cost. Its interoperability enables; outcomes measurement; highest quality of care; preventative care;

reduction in medical errors; and reduction in waste, fraud and abuse. Its capabilities for large scale data sharing will meet requirements for: surveillance, national quality studies, national population studies to refine individual care, pharmacovigilence, economies of scale, and expanded clinical trial enrollment. The scalable architecture is already being demonstrated in NantHealth's current projects.



*Figure 3. iCOS Architecture Unifying Clinical, Operation, Financial, and Vital Signs in Real-Time*

The nation's first intelligent clinical operating system (iCOS) is installed in the largest oncology practice group in the nation and driving value based care across 150 practices, integrating 50 individual systems, managing 3.3M patient records across 22 EMRs, with real-time data feeds of 50GB per day. This is the first cloud-based operating system of its kind in healthcare that is based on supply chain principles and grid service oriented architecture, that integrates the knowledge base (21st century best care), with the delivery system (coordinated integrated care), and the payment system (highest quality at lowest cost).

This integration of the knowledge base, delivery system, and the payment system in an integrated approach, defines the roadmap to healthcare transformation as demonstrated in the centerfold graphic, *Continuous Learning System Delivering Healthcare Transformation*.

## VI.    The War Against Cancer

Forty years have passed since President Nixon invoked the war against cancer. Since then we have transported man to the moon, landed roving robots with pinpoint precision on Mars and uncovered the mysteries of "God's Particle" through the efforts of scientists and the success of the Large Hadron Collider, and solved the 3 billion sequences that make up the human genome. Yet there is little to report on truly measurable progress against cancer.

The war against cancer must address three key issues:
   A.  Transformational Innovation and Drug Development for Personalized Medicine
   B.  The Cognitive Overload of a Practicing Oncologist
   C.  Disparities in Cancer Care in the Local Community

**A. Addressing Transformational Innovation and Drug Development for Personalized Medicine**

For the last fifty years, cancer care has followed the dogma of developing chemical poisons (cytotoxics) delivered at the maximum tolerated dose in patients afflicted with this disease. It is not surprising that little progress has been made as the treatment with these indiscriminate chemical poisons have largely been trial and error.

The opportunity to change this paradigm exists with the breakthroughs in genomic and proteomic science. By transcending the genome and entering the age of the proteome, it is now possible to trace in near real-time the evolution and change occurring in the cancer cell and identifying the driver of growth.



*Figure 4. Transcending the Genome to the Proteome*

Time Magazine
May 20, 2012

Insights of personalized molecular drivers of cancer are derived not just from DNA alterations alone, but from protein expression and protein activity at the cellular level – proteomics. Thus there is a great need to develop molecular tools to provide the possibility of truly personalized treatment regimens at a fully integrated omics level, making no assumptions *a priori* as to the molecular driver of the patient's disease.

The Cancer Collaborative will develop a comprehensive molecular platform to analyze the entire whole genome of 3 billion base pairs and over 20,000 genes, of both the patient's own normal and cancer cells. CSS Institutes scientists have successfully connected genomic analysis to proteomic analysis and have established the nation's first comprehensive molecularly driven clinical decision platform, deriving insight from DNA to protein to peptide to drug in near real-time, before clinical treatment begins. Through this comprehensive molecular analysis network, doctors can finally make cancer treatment more efficient, more effective, and more affordable for more patients. And with public and private partners equally as committed to reshaping the way doctors deliver healthcare and treat cancer, there are no limits to what this health information breakthrough might lead to for all cancer patients.

The Cancer Collaborative will provide a highly scalable cloud-based super-computing and storage infrastructure capable of transporting, storing and processing thousands of genomes a day, computing genomic variances in near real-time, and conducting quantitative multi-plexed protein expression analysis in CLIA approved facilities, from the same microdissected tumor sample used for the genomic analysis. To date over 16,000 cancer and germline genomes have been analyzed, including over 600 whole cancer genomes, across over 19 solid tumor types in over 4,000 unique patients from samples derived across the entire nation including the full data base of The Cancer Genome Atlas.

By linking the patients' comprehensive data from DNA, to RNA, to protein expression and targeted quantitative protein levels at the cellular level, to FDA approved drugs or drugs in all phases of clinical trials, this initiative provides a path to next generation drug development for the pharmaceutical industry.

NantHealth and Celgene have partnered in this National Cooperative to utilize the power of n equals one for transformation innovation to develop personalized medicine in the 21st century.

**B. Addressing The Cognitive Overload of a Practicing Oncologist**

There is an urgent need, a moral and a financial imperative for this nation to address the ever-increasing complexity of medical decision making, the deluge of data cluttering the ability for both patient and provider to extract actionable information in real-time, the completely disaggregated and dangerous non-system of care, as well as the ever increasing and unsustainable costs.

With the enormous complexity of genomics and proteomics, it is impossible for a practicing physician to keep up with the deluge of new science. In the 1990s the clinician was faced with 5-10 facts before making a decision as to the treatment of the patient. With the advent of genomics and proteomics, this number has risen to over 1,000 facts per decision – an impossible task (see Figure 5).



The National Cooperative has addressed this by developing a cancer decision support tool. This cancer decision support engine as a SAAS tool is providing real-time access to over 1,700 evidence based oncology treatment regimens and a library of 10,000 ongoing clinical trials is currently used by over 50 percent of US oncologists equating to 32M covered lives.

*Figure 5. Clinical Decision-Making Exceeds the Cognitive Power of the Physician*

### C. Addressing Disparities in Cancer Care in the Local Community

The Institute of Medicine (IOM) report on "Delivering High Quality Cancer Care" describes the delivery of cancer care in our country as a "System in Crisis." The report notes that complex new life-saving treatments may be unavailable to patients in the community who lack access to sophisticated next generation tests and clinical trials. Yet, the vast majority of cancer care is delivered by community oncologists. This disparity in care means that important cancer advances will not reach the majority of patients in desperate need for them.

The National Cooperative would raise the standard of healthcare for all Americans, especially those who are underserved by giving doctors in hard-pressed urban clinics and distant rural offices the same information and intellectual advantages that providers in the best teaching hospitals have. It is a way to tap the knowledge, the work and the potential now hidden in our system, and make it available to all.

## VII.    Formation of The National Cooperative and The Cancer Collaborative

Leading national organizations across all sectors and multiple disciplines have agreed to participate in this national endeavor to integrate health. The mission of The National Cooperative is to enable secure, authorized access to scientific data and medical and molecular information on a national scale. This will make possible trusted, unbiased, open, objective analysis for patients, providers and payers, thereby enabling: personalized and evidence-based medicine among this important triangle of treatment decision-makers. The National Cooperative will catalyze a roadmap for healthcare transformation through: outcomes measurement; highest quality of care; preventative care; reduction in medical errors; reduction in waste, fraud and abuse; and a national system to overcome perverse incentives which prevent the delivery of the highest quality of healthcare throughout the country.

The National Cooperative has assembled unparalleled resources and collaborations across industry, and academia that are open to adopt next generation molecular medicine at a national scale. The National Cooperative has access to nearly 700 cancer centers and community hospitals; engaged pediatric oncology hospitals and thousands of providers linked to hundreds of payers; participation among leading universities; urban health initiatives in multiple regions; and support advanced fiber networks across 48 states.

## How the National Cooperative Came Together

Beginning in 2004, the National Coalition of Health Integration was formed to ensure the successful launch of a nationwide initiative and collaboration involving subject matter experts in next-generation health information technology, clinical research, healthcare delivery, public health policy, and community outreach. Over the past decade The National Cooperative has evolved as a consequence and has successfully enlisted such a team, who has formed a common understanding and agreement that there is a widening gap between the rapid advancements in medicine and physicians' cognitive abilities to process and interpret such huge amounts of information at such a rapid pace. These leaders have committed themselves to addressing this gap on behalf of patients so that the day may come quickly when information technology makes it possible for patients to be motivated together with their physicians and payers to choose the right care for them, at the right time, and based upon the most current scientific research.

Recognizing the urgent need to address the disparities of care and unsustainable healthcare costs facing the nation, Dr. Patrick Soon-Shiong, Founder and Chairman of Abraxis Bioscience Inc. (the company that developed the nation's first nanoparticle chemotherapy delivery agent, which is now approved for the treatment of metastatic breast cancer, lung cancer, and pancreatic cancer), and the Chan Soon-Shiong Family Foundation, provided a series of philanthropic gifts and grants from 2006 to 2008, in support of the Saint John's Health Center to

establish the Chan Soon-Shiong Center for Life Science, and establish the Chan Soon-Shiong Center for Translational Science at the California NanoSystems Institute at UCLA.



2006-2008

From 2009 to 2013, Dr. Soon-Shiong funded *The National Coalition of Health Integration*, *The National LambdaRail, The Cancer Genome Browser, The Healthcare Transformation Institute, The Cancer Knowledge Action Network, the CEO Council for Health and Innovation at the Bipartisan Policy Center,* and NantHealth,

*Figure 6. The Chan Soon-Shiong Center for Life Science at Saint John's Health Center*

all of which have each initiated programs across the nation.

In 2014 NantHealth and the Chan Soon-Shiong Institutes announced the collaboration with the Clinton Foundation to improve coordination of care by standardizing medical information and to improve employee health and wellness.

## The Cancer Collaborative and Genomics America: 2014

In 2014 the Chan Soon-Shiong Institute for Advanced Health will launch Institutes of Molecular Medicine across the nation. The Chan Soon-Shiong Institutes of Molecular Medicine (CSS IOMM) mission is to fundamentally transform how patients afflicted with life threatening diseases, such as cancer, are treated. An alliance of these Institutes and other leading medical centers across the nation will form **The Cancer Collaborative** to facilitate rapid sharing of molecular information on a global scale amongst these Institutes. This alliance will transfer knowledge to the underserved and to practicing physicians in the communities in real-time, thereby ensuring that 21st century medicine would benefit all: a national continuously learning healthcare system in America. Current members of the Cancer Knowledge Action Network and The Cancer Collaborative includes UCLA Health System, John Wayne Cancer Institute, Methodist Cancer Center, University of California Davis, Childrens Hospital Los Angeles, Dartmouth-Hitchcock Health System, Greenville Health System, Childrens Hospital of Phoenix, and City of Hope, and University of Texas M.D. Anderson Cancer Center. These members of the Cancer Cancer Collaborative will become members of a national alliance of providers committed to molecularly driven care in cancer – **Genomics America**.

## VIII.   Current Projects: National Impact for 21st Century Medicine

The unprecedented opportunity of the scientists engaged in translational research in the country to integrate their work with basic research being performed at national scale, using the same infrastructure and architecture, has enormous implications for the 21st century practice of medicine. The evolution of molecular medicine is occurring at such a rapid pace that the information which would impact clinical decision-making is beyond the cognitive abilities of the practicing physician. Basic research, translational research, and the practice of medicine will be a single blur for 21st century medicine. The actionable knowledge obtained by the integration of basic research and translational research and utilized by the clinical practitioners will serve as a model for the nation.

The collaborators amassed by The National Cooperative are at the heart of both the nation's computing infrastructure and the practice of medicine for the next century. By harnessing these enormous collective talents, the opportunity exists to transform medicine in this country and reduce costs. Leveraging robust interoperability we can achieve a true national system that can overcome perverse incentives currently preventing the delivery of highest quality healthcare throughout the country. By exposing the value added by each player in the pipeline we will eliminate the waste of non-value-added services. Finer understanding will enable decision-makers to refine their work if incentivized toward public good.

**A.   Transitioning to 21st Century Care and Decreasing costs and enhancing efficiencies: Creating a model of 21st century care that is data driven, evidence-based and integrates research and clinical practice into a continuum that will allow for personalized medicine. Facilitating data access that will decrease costs and increase efficiency through the early detection and prevention of disease, increased transparency in costs, administrative streamlining and improved care.**

**1.   Integration and Coordination of Care in 50 Systems Across 150 Oncology Practices**

The Nation's First Intelligent Clinical Operating System (iCOS) is installed in the largest oncology practice group in the nation and driving value based care across 150 practices, integrating 50 individual systems, managing 3.3M patient records across 22 EMRs, with real-time data feeds of 50GB per day.



*Figure 7. iCOS Case Study*

This is the first cloud-based operating system of its kind in healthcare that is based on supply chain principles and grid service oriented architecture, that integrates the knowledge base (21st century best care), with the delivery system (coordinated integrated care), and the payment system (highest quality at lowest cost).

**2. Cancer Decision Support of Over 1,000 Cancer Treatment Protocols Across 120 Cancer Types**

An aging population and increased diagnosis of cancer contributes to the approximately 11.7 million people in the nation who are living with cancer today. The number of cancer cases continues to rise and so does the cost associated with treating the disease. What creates an even greater challenge is the fact that oncologists today are facing an astounding growth in the amount of data that can aid them in their decision making process but are currently without the capability to convert that data into actionable intelligence. This advanced cloud-based, SAAS, oncology decision support system has been adopted by ASCO and large insurers and enables providers and their staff real-time access to evidence-based intelligence at the point of clinical prescribing. It provides the nation's most comprehensive and unbiased digital library of evidence-based oncology treatment regimens available, taking into account costs, outcomes, efficacy and toxicities. It includes over 1,000 treatment standards across 120 cancer types.



*Figure 8. Cancer Decision Support Tool (eviti) Widespread Adoption: Over 60% of oncology practices and over 8,000 oncologists and nurses have used this tool*

This robust library is meticulously drawn from data from governmental and industry sources, and is maintained by expert oncologists, a world-class medical advisory board, and other medical informatics professionals. Featuring the most comprehensive cancer clinical trials search engine and database of thousands of clinical trials, eviti prompts physicians when a patient's diagnosis matches the criteria for active clinical trials. It facilitates accrual of patients into appropriate clinical trials through intelligence gained by results from advanced diagnostic support and the patient's specific clinical data, and includes workflows for gathering consent forms and sharing information relevant to the trials.



*Figure 9. Sample eviti results page: real-time web-based tool for actionable information, evidence-based care, outcomes and cost*

This transformative web-based solution connects clinical decision support and automated pre-certification for oncology care. The eviti automated pre-certification solution aligns the interests of payers, providers and patients. Through the platform, payers have visibility at the moment of prescribing and providers can be confident the treatment meets clinical requirements for reimbursement. Providers benefit from a reduction in denials and appeals. Over the two years since launch, over 60% of oncology practices and over 8,000 oncologists and nurses have used this tool.

3. **From Genomics to Proteomics: Actionable Treatment for Cancer at the Molecular Level**

The study and treatment of cancer is greatly enhanced from a detailed understanding of how the disease is affecting an individual patient at the molecular level. Recent developments in genetic testing and molecular profiling technologies are heralding in a new era of personalized and predictive medicine. Up to now, tests have often been prone to subjective interpretation, and genetic testing has involved only a fraction of the human genome. Whole genome sequencing has been rare, because it has been difficult and expensive to do, and due to the sheer volume and complexity of data generated. New advancements are making this a more viable and affordable proposition. Oncologists currently prescribe a course of cancer treatment based on the anatomical location of the cancer. Yet a patient with breast cancer could benefit from the positive results discovered from a patient with lung cancer, if the underlying molecular pathways involving both cancers were the same.



Time Magazine, May 20, 2012

*Figure 10. Transcending the Genome to the Proteome*

The inability to utilize genomic sequencing to guide treatment has been due to the inability to convert a patient's DNA into actionable information in actionable time. In October 2012, The Chan Soon-Shiong Institute for Advanced Health announced a revolutionary advance in cancer treatment that will reduce the necessary time for analysis from 8 weeks to an unprecedented 47 seconds per patient. For the first time, oncologists can compare virtually every known treatment option on the basis of genetics, risk, and cost – before treatment begins, not after.

4. **From DNA to RNA to Protein to Peptide to Molecular Driven Clinical Decision**

In July 2012, the CSS Institute's scientific team collected 6,017 tumor and germline exomes, representing 3,022 cancer patients with 19 unique cancer types. The sample collection included: 999 breast cancer; 1,156 kidney and bladder cancer; 985 gastrointestinal cancer; 744 brain cancer; 745 lung cancer; 670 ovarian, uterine, and cervical cancer; 436 head and neck cancer; 177 prostate cancer; 70 melanoma cancer; and 35 blood tumor samples.

This massive amount of data totaled 96,512 gigabytes and was successfully transferred and processed via our supercomputing, high-speed fiber network in 69 hours. This overall transfer speed represents a stream of one sample every 17.4 seconds, and the supercomputer analysis for genetic and protein alterations between the tumor and normal sample completed every 47 seconds per patient. Given the nation's estimated cancer rate of 1.7 million new cases in 2012, this infrastructure now brings the capability of analyzing

10,000 patients per day. Through this genomic analysis network, doctors can finally make cancer treatment more efficient, more effective, and more affordable for more patients. And with public and private partners equally as committed to reshaping the way doctors deliver healthcare and treat cancer, there are no limits to what this health information breakthrough might lead to for all cancer patients.



*Figure 11. Next Generation Omics Platform:*
*DNA and Protein at the Cellular Level from the Same Tissue Sample*

Institute scientists have developed a mass spectrometry-based assay to measure the functional proteins that make a patient's tumor unique. This multiplexed method is one of the most sensitive and specific detection tools available in the clinical laboratory today. Direct measurement of actual proteins that drugs are designed to target enable re-porting quantitative cut-off values, resulting in greater confidence in choosing appropriate targeted therapies, while avoiding therapies that may be ineffective or harmful to patients.

**B.  Increasing Access to Care: Reducing disparities in care and variations in access to health resources by leveraging technologies such as low cost telehealth that increase access in underserved urban and rural areas as well as in primary care specialties such as pediatrics where access to neonatologists and pediatricians is deficient.**

**1.  Telemonitoring (At-Home Data Capture)**
NantHealth recently piloted a program targeting homebound, high cost, chronically and terminally ill patients in San Diego. These patients had between 3 and 5 comorbidities with

multiple readmissions at the hospital. Twenty patients were monitored for SpO2 and activity levels while being cared for in homes. The pilot goal was to improve quality of care while reducing cost (by reducing hospital readmissions). **Results to date: only 1 readmission in 60 days into the program**



*Figure 12. Patient Experience in U.S. Healthcare System.*
*Graphic source: Best Care at Lower Cost, Institute of Medicine, 2013*

SOURCE: Data derived from Boyd et al., 2005; Jencks et al., 2009; Pham et al., 2007; Shenson et al., 2007; Whitt et al., 2007.

## 2. "I See You at Home:" Housecalls for the Chronically Ill

A second pilot was initiated at UC Irvine (UCI), targeting 40% of CHF patients to prevent hospital readmissions. Data points (weight values) were collected from wireless enabled scales in patient homes and delivered wirelessly to UCI analytics solution for generation of notification messages (potential interventions). UCI is exploring pilot expansion into additional patient populations; utilizing devices such as blood pressure, heart rate, pulse oximetry, and glucose monitoring.



*Figure 13. Connectivity of Wireless Devices Capturing Vital Signs: The Human Signal Engine*

### 3.  Real-time Wireless connectivity: Capturing the Human Signal Engine

Real-time wireless biometric and vital sign health boxes and DeviceConX boxes are installed on a national scale. Device connectivity is now operational at over 250 hospitals, including 120 Epic sites, connecting over 6,000 medical devices and capturing 3 billion vital signs annually.



*Figure 14. DeviceConX Connectivity of Wireless Devices Capturing Vital Signs: The Human Signal Engine*

**C.  Enhancing Patient-Centered Care: The network architecture assembles data longitudinally over time with the patient as the starting point. The patient centered integrated health record is a self-assembly of dynamically changing health information secured and utilized over the lifetime of the patient and their care-givers to maintain health, rather than episodic treatment of disease. Information is drawn from the silos where it currently resides and self-assembles around the needs of individuals.**

### 1.  Medication Adherence with wireless connected GlowCaps

Medication adherence is in the best interest patients, doctors/providers, caregivers, and employers. Using tools such as the Vitality GlowCap, selected patient populations increased medication adherence from 65% adherence to over 95% adherence, in some cases. GlowCaps use feedback loops to promote behavior change. Visual and audible cues or even phone calls are personal reminders for the consumer/patient to take their medication. Weekly email reports can be sent to a family member



*Figure 15. GlowCap*

or friend for social network support. GlowCaps have a push to refill button that can automatically call the pharmacy to refill the prescription when pressed. GlowCaps have been studied by the University of Pennsylvania and Harvard University, with proven increased medication adherence in patient populations. Bank of America has piloted this program with a significant improvement in compliance in employees with hypertension.

**2.   Establishing a Next Generation National Secure Infrastructure for Big Data Transport**
In March 2011 CSSIAH announced the construction of data centers in Phoenix and Scottsdale dedicated to health information storage, and also the construction of a dedicated supercomputer in Phoenix.

In 2011 the National Coalition for Health Integration provided funding to maintain the viability of the National LambdaRail (NLR). The NLR provided a platform for numerous large research projects. Its users included NASA, the National Science Foundation and US institutions connecting with the Large Hadron Collider in Switzerland. A next generation advanced fiber network, connected across the nation to multiple cancer centers and to the NCHI supercomputer in Arizona, is now needed. The NLR fiber infrastructure was designed for basic science and the physics scientific community. There is an urgent need to replace this aged infrastructure of the NLR with a modern fiber network integrated into clinical practices and hospital facilities across the nation. The National Cooperative has initiated this process of creating a new next generation national secure infrastructure for big data transport with the private sector.

**D.   Establishing partnerships with Fortune 500 companies and non-profits**

**1.   Formation of the CEO Council of Health and Innovation with the Bipartisan Policy Center**
Founded in 2007 by former Senate Majority Leaders Howard Baker, Tom Daschle, Bob Dole and George Mitchell, the Bipartisan Policy Center (BPC) is a non-profit organization. Comprised of the chief executives of some of the nation's largest employers, the BPC CEO Council on Health and Innovation, formed in 2013, is identifying and sharing innovative strategies and best practices to improve the health and wellness of employees and the quality and cost-effectiveness of care. Their goal is to highlight and encourage adoption of such practices by other large and medium-sized employers to improve employee health and the healthcare.

The CEO Council is co-chaired by Lowell McAdam, chairman and CEO of Verizon Communications; Muhtar Kent, chairman and CEO of The Coca-Cola Company; and Patrick Soon-Shiong, MD, chairman and CEO of the Institute for Advanced Health. Other members of the CEO Council are: Brian T. Moynihan, CEO of Bank of America; Dominic Barton, Managing Director of McKinsey & Company; Mark T. Bertolini, chairman, CEO, and president of Aetna; Philip I. Kent, chairman and CEO of Turner Broadcasting System, Scott P. Serota, president and CEO of BlueCross BlueShield Association; and Greg Wasson, president

and CEO of Walgreen Co. Former U.S. Senate Majority Leaders and co-leaders of BPC's Health Project, Tom Daschle and Bill Frist, are advising the council and Janet Marchibroda, BPC's director of health innovation, is serving as its executive director.

A Health Care Advisory Board, made up of chief executives of organizations representing clinicians, consumers, health plans, and hospitals, is providing expert guidance in this collaborative effort.

## 2. Partnership with the Clinton Foundation

In January 2014, at the Clinton Health Matters Conference, NantHealth and the Clinton Foundation announced a collaborative partnership with to improve domestic health nationwide. This initiative will target key issues facing healthcare in our nation - coordination and integration of care through the standardization of digital medical records with iCOS, improving employee population health, and 21st century cancer care.

The partnership between NantHealth and the Clinton Health Matter Initiative will also work with other organizations such as Bipartisan Policy Center CEO Council on Health and Innovation and local experts to develop long term plans designed to measurably improve the health and wellness of individual employees and employee communities. As part of this endeavor, the partnership will adopt a comprehensive package of customized well-being practices, to be endorsed and implemented by large and medium-sized employers in the region.



**Patrick Soon-Shiong, M.D.**

Dr. Patrick Soon-Shiong has lent vision, voice, and action to the power of convergence – applying the limitless potential of collaborative science and technology on a personal level. A physician, surgeon and scientist, he has pioneered treatments for both diabetes and cancer, published over 100 scientific papers, and over 60 patents on groundbreaking advancements across myriad fields.

Dr. Soon-Shiong performed the world's first encapsulated human islet transplant and the first pig to man islet cell transplant in diabetic patients. He invented and developed Abraxane, the nation's first FDA approved protein nanoparticle albumin-bound delivery technology for the treatment of cancer, doubling the response rate in patients. Abraxane is now FDA approved for metastatic breast cancer in 2005, lung cancer in 2012. In 2013, the FDA approved Abraxane for pancreatic cancer and the drug has made significant and measurable improvements in melanoma – cancers for which there have been no advancements in 20 years.

Dr. Soon-Shiong serves as Chairman of the Chan Soon-Shiong Family Foundation; Chairman and CEO of the Chan Soon-Shiong Institute for Advanced Health (the CSS Institute); the Healthcare Transformation Institute; and NantWorks, LLC – a company whose mission is to converge semiconductor technology, supercomputing, advanced networks, and proven innovation to revolutionize how we work, live and play. He currently co-chairs the CEO Council for Health and Innovation at the Bipartisan Policy Center and is a member of the Global Advisory Board of Bank of America.

Over the course of his career, Dr. Soon-Shiong has developed and sold two multi-billion dollar pharmaceutical companies. He is working to create a cutting edge national health information network for the secure sharing of medical information – empowering doctors to treat patients with proven precision at the first point of care.

Among his many positions, Dr. Soon-Shiong is the Executive Director of the UCLA Wireless Health Institute and a board member of the California Telehealth Network. The Los Angeles Business Journal has recognized him as their Business Person of the Year, and the National Library of Medicine honored him with their Distinguished Medical Science Award.

# Exhibit  11

# Exhibit  11

# Healthcare Collaborative Booklet recipients

## Janella Funes

**Sent:** Friday, January 17, 2014 10:31 AM
**To:** Jen Hodson; Janella Funes
**Cc:** Patrick Soon-Shiong
**Importance:** High

Hi,

Below are the recipients of the booklets:

· Phil Gordon
· David Feinberg (UCLA)
· Lynda Chin (MD Anderson)
· Brian Moynihan (BofA)
· Jim Huffman (BofA)
· President Clinton – 3 copies

There are two copies left- Jen and PSS should both have one.

Let us know if this is not the case.

Janella

**CONFIDENTIALITY NOTICE**
**This e-mail message and any attachments are only for the use of the intended recipient and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient, any disclosure, distribution or other use of this e-mail message or attachments is prohibited. If you have received this e-mail message in error, please delete and notify the sender immediately. Thank you.**

# Exhibit  12

# Exhibit  12







# Exhibit 13

# Exhibit 13

# Forbes

http://onforb.es/sbZbJ6





**Zina Moukheiber** Contributor

*I cover digital health; I'm also the editor of Forbes Middle East*

Opinions expressed by Forbes Contributors are their own.

**BUSINESS**   11/10/2011 @ 3:05PM | 17,946 views

# Billionaire Patrick Soon-Shiong Wants To Remake The U.S. Health Care System

Patrick Soon-Shiong is a rarity. He is the only physician on the Forbes 400 list to have made billions in biotech. He developed a new delivery method to administer Paclitaxel, a widely-used breast cancer drug. His net worth is estimated at $7 billion, which he made by selling two drug companies within the past three years. Altogether, he is one of only three biotech billionaire entrepreneurs in the U.S.



Soon-Shiong has now turned his focus to something as complex and elusive as a cancer cure: The U.S. health care system. His highly ambitious plan calls for establishing a national health information network that connects scientists around the country working on breakthrough medical research with doctors and their patients, and pushing for rewarding doctors based on a patient's outcome, instead of the number of procedures they perform.

Billionaire Patrick Soon-Shiong wants To Remake The U.S. Health Care System                                                                                          12/15/16, 12:09 PM

So far, he has invested a total $400 million on projects and companies through his non-profit Chan Soon-Shiong Institute for Advanced Health, and his newly-formed holding company NantWorks. He has also partnered with the University of Arizona, and Arizona State University to establish the Healthcare Transformation Institute. Soon-Shiong and his wife Michele Chan have already pledged $1 billion for health IT projects.

Other deep-pocketed entrepreneurs before him with grand scale visions of fixing a disparate health care system have thrown money at the problem and failed. Netscape co-founder Jim Clark was as passionate about it, forming Healtheon, which set out to connect doctors, insurance companies, and patients over the internet. Healtheon was eventually folded into WebMd, a company that is now seemingly in need of rescue. AOL founder Steve Case had the same disruptive vision when he formed Revolution Health in 2005. The company is now more modestly part of online consumer health site Everyday Health, a competitor to WebMd.

Timing could work in Soon-Shiong's favor. There's a government-mandated push to implement electronic health records, and to encourage the establishment of accountable care organizations—hospitals, doctors, and payers the government rewards not on a fee-for-service basis, but on how well they manage the wellness of a Medicare patient by reducing readmission rates, for instance. There's also the creation of so-called health information exchanges, health care providers that have the ability to exchange patient information. None of those initiatives existed when Healtheon and Revolution Health were formed.

One of Soon-Shiong's first moves was to take over the National Lambda Rail, the high speed link which connects academic centers throughout the country, but is also used by NASA and institutions working with the Large Hadron Collider. NLR was running out of money, and Soon-Shiong offered to write a $100 million check in July to upgrade the entire network. He



ExtremeReach

Movies, music and television all rely on safe and secure streaming.

Doesn't your video advertising deserve the same?

Stream on.

is talking to genome sequencing centers about linking up, and has picked cancer as his institute's first focus. The Institute for Advanced Health is based in Arizona, where patient sequencing data is stored in two data centers in Phoenix and Scottsdale, and crunched on a supercomputer in Phoenix that was launched last month.

It sounds futuristic, but Soon-Shiong wants to make the genomic information available in real time to doctors so they can tailor treatment, circumventing the twelve or more years it takes a drug to reach the market. One example he gives, is newly-emerging information that not all women with breast cancer who have cancerous lymph nodes in the armpit need to have them surgically removed. Scientists can look for telltale DNA markers in tumors to see which women can escape surgery. A doctor can then administer a blood test that helps him make that decision.

Soon-Shiong is still putting the pieces of the puzzle in place to implement his slew of ideas. He has invested in a dozen companies. Here are some of his partnerships, and companies:

–Vitality: Maker of GlowCaps. Reminds patients to take their meds by lighting up the bottle cap which also plays music or rings a phone.

–Dossia: Maker of personal health records.

–Ziosoft: Visualization technology that enables clinicians to build multi-dimensional images of internal organs and tumors.

–Toumaz: Remote monitoring of patients.

–Vodafone: Partnership to develop mobile health services. Identifies and invests in health IT start-ups.

**RECOMMENDED BY FORBES**

The World's Most Powerful People 2016

Apple iOS 10.2 Has Three Nasty Surprises

The Best And Worst College Towns In The U.S.

Super Mario Run Is Coming To Ios On December 15

---

This article is available online at: http://onforb.es/sbZbJ6

2016 Forbes.com LLC™   All Rights Reserved

# Exhibit 14

# Exhibit 14

## The Precision Against Cancer PAC
## The Moonshot Program to Develop a Cancer Vaccine for "I am N = 1"

In the way that JFK took us to the moon, this Administration has the opportunity to complete its own moonshot moment: A personalized and revolutionized healthcare system – completely changed for the rest of time, with electronically connected consumers receiving the right care at the right time and the right place. With the advent of next generation genomic sequencing and precision immunotherapies, the exciting possibility of bringing 21st century precision medicine to patients today is very real. Imagine the possibility of creating **patient-specific cancer vaccines** and harnessing the patient's own natural killer cells that can treat and prevent the recurrence of cancer. We no longer have to just dream as this revolution of creating a **cancer vaccine for N of 1** is at hand...and can be a lifelong legacy of this Administration.

**This journey is nearly complete, as the Administration has already begun:**
Over the course of this Administration's tenure, its efforts has:
1) digitized and captured data through its EHR Meaningful Use incentive program,
2) moved forward deliberately to accelerate and drive interoperability and electronic data exchange,
3) enabled patients to connect to the health system and health systems and
4) most importantly, the President has launched a call to action for personalized care by initiating the Precision Medicine Initiative (PMI).

Now, the last mile of this journey involves integrating healthcare data at a national scale and establishing tangible proof points for the Precision Medicine Initiative (PMI) to translate the promise into a complete and transformative success.

**Plans now under consideration include:**
- ONC's focus on interoperability standards, data blocking and coordinated expectations from federal partners help to achieve data interoperability at national scale.
- PMI's "Sync for Science" – a program whereby participants can contribute data and which delivers on the promise of valuable clinical use cases for consumer engagement. Patients will be able to contribute their available data into the PMI (having already consented into the cohort),
- PMI's Cohort Program (PMI-CP) more generally strives to achieve the assembly of a PMI cohort of one million volunteers, leveraging existing relationships and resources to facilitate recruitment.

With 16 months to go, it is a perfect moment for the Administration to deliver on this last mile, cementing this healthcare transformation into the fabric of healthcare.

**The Proposal: The Cancer QUILT Coalition to Harness the Immune System**
A revolutionized healthcare system by implementing the last mile with the launch of **The**

**Cancer QUILT Coalition**, a **Qu**antitative, **I**ntegrated, **L**ifelong **T**rial for Cancer (QUILT), a national precision medicine trial with a laser focus on creating a **game changing vaccine for cancer**, the moonshot program as a lasting legacy of this Administration.

**The Next Steps:**
- Accelerate Precision Medicine Initiative Cohort Program. The Cancer Quilt Campaign and Precision Medicine against cancer movement can act as the accelerator.
- Achieve interoperability at a national scale.
- Perform full genomic (DNA) and transcriptome (RNA) sequencing for 100K cancer patients in next 400 days.
- Perform supercomputer-based bioinformatics on an individual, patient-specific basis to precisely guide therapeutic intervention.
- Perform big data, precision analytics on this patient dataset in real time in a secure, HIPAA-compliant environment, to ensure that each patient is receiving the most up-to-date and optimized therapeutic intervention possible.

**The QUILT Coalition:**

A movement to transform cancer care will require the integration of employers, health plans, EHR vendors, medical groups, physicians, researchers and critical information providers, all working collaboratively together with the FDA, the National Cancer Institute and other governmental agencies… and most importantly patients and their families.

This can only be done through an intelligent and integrated network that we are establishing to enable this diverse ecosystem of stakeholders to seamlessly connect in real time.

For the first time, by integrating oncology, biology, comprehensive, panomic-based molecular diagnostics, supercomputer technology and advanced information sciences, this coalition will have access to easy-to-use and actionable health information at the point of care, in the time of need, anywhere, anytime.

We have the capability within our reach to empower physicians, patients, payers and researchers with the critical information necessary to overcome the limitations of the current healthcare system, bringing the promise of the Administration's Precision Medicine Initiative to cancer patients today.

Representing a diverse group of stakeholders, the Cancer Quilt Network shares a common vision, passion and commitment to transforming the treatment of cancer and we believe the QUILT initiative will take us one step closer down the road to a cure for cancer. We are ready to get started.

# Exhibit  15

# Exhibit  15

# The New York Times

NOV. 1, 2015

WASHINGTON — One day last winter, desperate as his son fought for his life against a killer brain cancer, Vice President Joseph R. Biden Jr. and his family reached out to one of America's most famous, and controversial, doctors for help.



The doctor, Patrick Soon-Shiong, a billionaire medical entrepreneur and investor who made a fortune developing an important cancer drug and now has broader ambitions for fighting cancer, flew to Washington from California to meet with the vice president's family. That would open a series of meetings over time with the vice president as well as with Beau Biden, the ailing son.

In the end, Beau Biden died of his cancer in May. But the vice president and the cancer doctor have developed a relationship that is powering the next stage of Mr. Biden's public life. Having concluded that he did not have enough time to defeat Hillary Rodham Clinton for the Democratic presidential nomination, Mr. Biden is instead embarking on a campaign perhaps more daunting: finally defeating cancer.

*"I believe that we need a moonshot in this country to cure cancer,"* Mr. *Biden said in his speech in the White House Rose Garden last month* announcing that he would not run for president. *"It's personal. But I know we can do this."*

In describing this "moonshot," Mr. Biden was adopting language used by Dr. Soon-Shiong to describe his aspiration for cancer research. The two met for an hour in the White House just a few weeks ago, and Dr. Soon-Shiong gave the vice president a two-page outline of what he had in mind.

"We need to find a completely different way to change cancer care in this country," Dr. Soon-Shiong said in an interview. "Vice President Biden could play an amazing role in making this happen."

...Federal cancer funding has been relatively flat for more than a decade except for a onetime $1.3 billion burst from President Obama's stimulus program early in his administration. For the 2016 fiscal year, the National Cancer Institute asked for $5.8 billion, and Mr. Obama pared that to $5.1 billion in his proposed budget, roughly the same as in 2010.

The two-page paper Dr. Soon-Shiong gave Mr. Biden, titled in part "The Moonshot Program to Develop a Cancer Vaccine," advocates an expanded use of genome sequencing to understand individual cancers better and tailor treatments depending on their genetic characteristics. It forecasts the creation of patient-specific cancer vaccines that harness a person's own "natural killer cells" to treat and prevent the recurrence of cancer.

The paper, obtained from an associate of Mr. Biden's, proposes performing full genomic sequencing of 100,000 cancer patients in the next 400 days to create a vast database for supercomputer analysis, although no price tag is mentioned. "With 16 months to go, it is a perfect moment for the administration to deliver on this last mile, cementing this health care transformation into the fabric of health care," it says.

Dr. Soon-Shiong, 63, the son of Chinese immigrants growing up in apartheid-era South Africa, studied medicine and eventually moved to the United States, where he worked as a surgeon. He invented the cancer drug Abraxane in the early 1990s and has become a major investor in medical businesses, philanthropist and part-owner of the Los Angeles Lakers. With his NantWorks health empire, he has accumulated a fortune estimated by Forbes at $12.5 billion, and he was featured last year on "60 Minutes" as the man trying to disrupt cancer...