# Exhibit 16 (part 1)

# Exhibit 16 (part 1)



