# Exhibit  16 (part 2)

# Exhibit  16 (part 2)





