# Exhibit 16 (part 3)

# Exhibit 16 (part 3)

Whiteboard notes:

- TREG SUPPRESS (crossed out)
- 20,000 + Prot
- SFU Cytokine Antibody
- Low Dose Chemo
- Checkpoint
- T cell CD 8+
- STEM cell → Regulate
- 1000's
- ADAPTIVE IMMUNITY
- NW
  - Nant Health 180
  - Nant Bio
  - Nant Cloud
  - Nant Mobile
- Low Dose Radn
- CD4 T Memory cell
- ILIS SQ
- → FOREVER → CURE





