# Exhibit  16 (part 4)

# Exhibit  16 (part 4)



