# Exhibit 16 (part 5)

# Exhibit 16 (part 5)

*[Whiteboard photograph — handwritten diagram, not a text document]*

Visible text fragments:

- Inject
- STEM
- NK Cell
- 1990 / 1992
- KIR? / ? INHIBITOR
- Activator
- "DELICATE SYMPHONY"
- TREG SUPPORT
- 200  20,000 + Prot
- NORMAL
- Tumor / Cancer Cell
- STEM Cell / Regular
- EDI/OID inhibitors  1000?
- Neo-Epitope  CPs
- INNATE IMMUNITY
- HER2 / PKA / CEA / iter3 / HPV
- NASH
- Neoptor
- Vaccine
- Adenovirus
- B Cell
- IgG1
- MANR
- ?
- Dendritic Cell
- Educate
- Complex
- Tumor

[Whiteboard diagram with handwritten notes. Visible text elements include:]

- STEM
- Inject
- NK Cell 1990 1992
- KIR / INHIBITOR
- Activator
- "DELICATE SYMPHONY"
- TREG SI ???  (crossed out)
- 20,000 + Prod
- NORMAL
- Tumor / Cancer Cell
- Stem Cell to Regulate
- Neo-Epitope / CPS
- 1000%
- INNATE IMMUNITY
- HER2 PSA LGA HER3 HPV
- Bcell
- MAGE
- Neoptope
- ?
- Vaccine
- Adenovirus
- Dendritic Cell
- Educate
- T cell
- Complex





