**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM**, | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **Civil Action No. 4:16-cv-03155** |
| | § | |
| **NANTHEALTH, INC.;** | § | |
| **NANTWORKS, LLC;** | § | |
| **NANT HOLDINGS IP, LLC;** | § | |
| **and DR. PATRICK SOON-SHIONG,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER GRANTING MOTION TO DISMISS AND TRANSFER

Three of the four defendants in this case, NantWorks, LLC ("NantWorks"), Nant Holdings IP, LLC ("Nant IP"), and Dr. Patrick Soon-Shiong ("Dr. Soon-Shiong") (collectively, the "California Defendants"), have moved the Court, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, to dismiss the First Amended Complaint for failure to plausibly allege a *prima facie* case for the exercise of personal jurisdiction over them.

In addition, all of the defendants, including NantHealth, Inc. ("NantHealth") have moved the Court, pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and witnesses, and in the interests of justice, to transfer this action to the United States District Court for the Central District of California.

NantHealth has moved the Court to extend the time for it to answer or otherwise respond to the First Amended Complaint until the Court has ruled on the pending motion, and all of the defendants have moved the Court to stay discovery until the Court has ruled on the pending

1

motion.

NOW THEREFORE, the Court, having reviewed the motion, its supporting declaration and exhibits, the opposition thereto, the California Defendants' reply, the First Amended Complaint, and finding good cause therefore:

IT IS HEREBY ORDERED THAT, the California Defendants' motion to dismiss is GRANTED.  The California Defendants are dismissed from this action.

IT IS HEREBY FURTHER ORDERED THAT, the defendants' motion to transfer is GRANTED.  Pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and witnesses, and in the interests of justice, this action is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.


_____
UNITED STATES DISTRICT JUDGE


DATED: _____

100144026_1