# Exhibit 25

# Exhibit 25



