# Exhibit 26

# Exhibit 26

**PROCEEDINGS OF THE DECEMBER 1ST MEETING**

## December 1st Meeting of the National Immunotherapy Coalition in Washington DC

The ambitious goals of the Cancer MoonShot 2020 Program were presented at a meeting hosted by Vice President Joseph Biden at his Naval Observatory residence in Washington DC on December 1, 2015, where members of the coalition presented their shared vision for translating the promise of precision medicine through the delivery of combination immunotherapy to routine clinical cancer care, as well as their shared commitment to accelerate the development of immunotherapy and vaccine therapy as the next generation evolution of cancer care.

Attendees of that meeting, convened and chaired by Dr. Soon-Shiong, included leadership from the pharmaceutical industry representing Amgen, GlaxoSmithKline, Pfizer, leadership from national payers including Independence Blue Cross and Bank of America and healthcare leaders from security and interoperability organizations including Allscripts and Blackberry. Major academic cancer centers represented at this meeting included center directors from Massachusetts General Hospital, Johns Hopkins University, University of Miami, University of Utah, Tufts Cancer Center and the Walter Reed National Military Institute as well as representatives from the oncologists in the community.



The purpose of the meeting was to provide the Vice President and the members of his staff an updated status of the science, clinical development, and obstacles facing the rapid development of immunotherapy in cancer. National experts from all parts of the healthcare system were invited to provide this advice. The members invited presented their views and observations of solutions to accelerate immunotherapy and combination therapy for the benefit of cancer patients. These views and the proceedings are reported below.

## PROCEEDINGS OF THE DECEMBER 1ST MEETING

## FDA



**Robert M. Califf, M.D.**
U.S. Food and Drug Administration (FDA)
Deputy Commissioner for Medical Products and Tobacco

"There come moments in time where we ask why drugs tested do not work. I can remember that moment in cardiology 30 years ago where we took out things that did not work and kept things that did. We may be at that moment in time with cancer. The FDA is here to act as the 'cattle prod' to accelerate this moment when we are beginning to figure out how cancer works. The FDA is ready to be part of this historic coalition where we can provide clinical trial guidance for the combination of novel innovative agents brought into the coalition from the Cancer Moon Shot Program 2020 members. By adopting innovative and adaptive clinical trials, the QUILT coalition will shepherd in a period accelerated by innovation in cancer treatment."



**Janet Woodcock, M.D.**
U.S. Food and Drug Administration (FDA)
Director of the Center for Drug Evaluation and Research (CDER)

"Current clinical trials are organized around disease rather than immunology approaches. This traditional approach takes too long. You can only answer one question at a time and it may take you four years to answer one question about one drug and one tumor. It takes too long and doesn't give you enough information. We need a large network to enroll a large number of patients. Almost all cancer patients are never enrolled in clinical trials. Almost all of them are never treated with investigational therapies. With regard to combinations, FDA issued guidance a number of years ago about investigational combinations. Development of Hepatitis C drugs is an example.

My personal opinion: I believe we are approaching the science wrong. We have great basic science, we learn all this information but we don't test it in the clinic in an efficient manner. Anything we learn from a mouse or human pathology is a hypothesis, and often the hypothesis is wrong when we test it in people. In complexities such as we face today in cancer where we have next generation sequencing, when we wish to combine chemotherapy with immunotherapy, when we wish to explore multiple combinations, you're often asking five questions, not one. We need an engine that can turn around this knowledge rapidly and a process to help answer these questions effectively.

An important issue is our need to involve the community, that's where the patients are. To date, trials have been centered around major medical centers and these trials are slow to accrue, since patients do not want to leave their community and doctors do not want to send them to remote centers. We need to build an infrastructure that will support these community doctors and allow them to participate and have their patients participate in these clinical trials without losing their patients and without having their patients to go away."

**PROCEEDINGS OF THE DECEMBER 1ST MEETING**



**Peter W. Marks, M.D., Ph.D.**
U.S. Food and Drug Administration
Deputy Director for the Center for Biologics Evaluation and Research (CBER)

"Our goal is to enable important pathways for progress to get important therapies to patients. We will not be the impediment on the critical path at the FDA. Evidence generation needs to happen and we will work to streamline the process for vaccine development."

**NCI**



**Jeffrey Schlom, Ph.D.**
Center for Cancer Research, National Cancer Institute, National Institutes of Health
Chief – Laboratory of Tumor Immunology and Biology

"This coalition that has been brought together by Dr. Soon-Shiong to address cancer is one of the most comprehensive sets of talents, and is quite unique. I've seen it all but I've never seen anything quite like this in my years. I've been there at the original war on cancer during the Nixon Administration and saw the bureaucracy on how it played out.

The issue we face today in cancer care is a paradox. It is clear that immunotherapy can work in managing cancer but this approach is only working in about 20% of patients now. The problem we face today is that there are about 2 dozen drugs in immunotherapy in the clinic right now and they are all being developed in silos by each individual company. This National Immunotherapy Coalition is designed to solve this problem. I'm extremely proud to be a part of this and have never seen a situation like this where we can get these trials done so rapidly. I've been revitalized, regenerated through this whole process."



**James L. Gulley, M.D., Ph.D., FACP**
Center for Cancer Research, National Cancer Institute, National Institutes of Health
Chief – Genitourinary Malignancies Branch

"We are seeing a sea change on how we are treating patients with cancer with immunotherapy. We are seeing deep durable and rapid responses to these new immunotherapy agents that unfortunately are only in the minority of patients and in some cancers there's no responses at all. The best way to address these failures is to explore combination therapies and this National Immunotherapy Coalition is the vehicle to break down these silos and test these combinations rapidly. That's the way we are going to make progress. I am proud to be part of this important and historic immunotherapy initiative."

**PROCEEDINGS OF THE DECEMBER 1ST MEETING**

# CLINICAL LEADERSHIP



**Col. Craig Shriver, MD, FACS (DOD)**
Walter Reed National Military Medical Center
Director, John P. Murtha Cancer Center

"We validate big science through our clinical trials network. There are 1.2 million active duty military members, 9.3 million beneficiaries that receive military health care. That's a huge network. Just in our active duty force, we get a thousand active duty members a year that come down with cancer. If a thousand active duty members were still getting injured in Afghanistan or Iraq, we would not accept this. So it's the same thing with how militaries respond to infectious diseases, illnesses that affect the readiness of our active force. Cancer is that threat."



**Ralph H. Hruban, M.D.**
Johns Hopkins University
Director, Sol Goldman Pancreatic Cancer Research Center

"We are at a crossroads, a time of discovery that's transforming the ways we manage cancer. Johns Hopkins researchers and clinicians are working tirelessly to understand cancer better and to move treatments from bench to bedside so that patients can have a better shot at beating the disease. It is my hope that the National Immunotherapy Coalition, and others like it, will advance the understanding of cancer, not by small steps, but instead by leaps and bounds."



**Mark C. Poznansky, M.D., Ph.D.**
Harvard Medical School; Massachusetts General Hospital
Director, Vaccine & Immunotherapy Center

"The time is now to create an accelerated path, and advance medical science forward to save lives and improve health worldwide. The National Immunotherapy Coalition clearly unites and leverages the resources and expertise of a diverse network of medical and business professionals to safely and rigorously accelerate the pace of discovery, development and actualization of cancer treatment. By accelerating the development of new safe and cost effective therapies combating cancer, we can bring them to those that are most in need faster and more cost effectively than current approaches."

**PROCEEDINGS OF THE DECEMBER 1ST MEETING**



**Stephen D. Nimer, M.D.**
University of Miami Health System
Director, Sylvester Comprehensive Cancer Center

"Every day, the physicians and scientists within Sylvester Comprehensive Cancer Center's site disease groups and multidisciplinary research programs, are working to make exciting breakthroughs that can transform the way cancer patients are diagnosed and treated. We look forward to working for the National Immunotherapy Coalition and developing the most innovative strategies to fight the most deadly forms of cancer."



**Azra Raza, M.D.**
Columbia University
Director, Myelodysplastic Syndrome Center

"We are very pleased to have the opportunity to work with the National Immunotherapy Coalition and collaborate with a world-class team who share a commitment to reduce cancer incidence and to improve the quality of life of those affected by cancer. Being able to pool resources and agents, we will be able to make a significant leap in developing new immunotherapeutic and combinations that will most benefit patients with various cancer types and stages."



**Vivian S. Lee, M.D., Ph.D., M.B.A.**
University of Utah
SVP for Health Sciences; Dean, School of Medicine; CEO, University of Utah Health Care

"There really is a no more fascinating or promising time to be in medicine. The National Immunotherapy Coalition is an amazing opportunity to discuss obstacles that may impede the successful moonshot for cancer and reach the goal of establishing an effective vaccine for this disease in 5 years instead of 20. The University of Utah is deeply committed to solving these dilemmas and I, for one, am heartened that we will help lead the way."



**Andrew M. Evens, DO, MSc, FACP**
Tufts University School of Medicine
Chief, Division of Hematology/Oncology; Director of Tufts Cancer Center

"I am honored to join a group of world-renowned expert physicians, scientists and researchers who have a shared passion for fighting cancer. Cancer can affect every aspect of a person's life — and the lives of their loved ones. That's why we are dedicated to research that can bring new and innovative treatments to patients in less time."

**PROCEEDINGS OF THE DECEMBER 1ST MEETING**



**Patrick Soon-Shiong, M.D., FRCS(C), FACS**
NantWorks & Chan Soon-Shiong Institute of Molecular Medicine (CSSIOM)
Founder & Chairman

"There are unique times in history when events and advancements in technology converge to elicit a quantum leap in medical care. This is not only a unique time, but also a unique inflection point in the history of cancer. The era of immunotherapy has taken the oncology world by storm. For the first time in 40 years there is a glimmer that we may be able to win this war against cancer. Large pharma and biotech companies are developing dozens of agents to activate the immune system. The problem is that while these drugs are being developed individually in silos by each entity, they need to act together when it comes to activating the immune system. If we follow the current path of drug development, it may take 40 or 50 years before we have worked out the right cocktail combination and countless lives will be lost as a result of this inefficiency.

Our knowledge in the science of genomics, proteomics, immunology and immunotherapy has advanced and converged at an unprecedented speed, making now the time for the rapid deployment and orchestration of immunotherapy for the benefit of millions of cancer patients. The Cancer MoonShot 2020 Program, the National Immunotherapy Coalition and the QUILT Program are designed to do just that, bring together a diverse group of visionary leaders and stakeholders to pool resources and bring to patients a dramatic improvement in cancer care."

## PHARMA



**Paul Seligman, M.D., MPH**
Amgen
Chief of R&D Policy

"At AMGEN, we are committed to using genomics and deep insights into biology to develop novel therapies for cancer.  We are committed to the goals of collaborative research efforts in immuno-oncology and the development of innovative combination therapies.  It is a time of unprecedented progress in our ability to understand how to harness the power of the immune system to treat tumors, and collaborative approaches represent a tremendous opportunity to combine the efforts of key stakeholders to accelerate progress."



**Patrick Vallance**
GlaxoSmithKline
President, Research & Development

"Modernizing our thinking and taking a more open and collaborative approach to our research will allow us to make greater progress in the development of new cancer therapies for patients. Everyone recognizes the future of effective cancer treatments lies in their combinations, but understanding what to combine and how best to use these isn't something companies can do alone. We could achieve much more together and I hope this National Immunotherapy Coalition will support the collection of data and sharing of information on existing treatments and those in clinical trials in a smart, collaborative way."

# PROCEEDINGS OF THE DECEMBER 1ST MEETING



**Mikael Dolsten, M.D., Ph.D.**
Pfizer, Inc.
President, Worldwide Research & Development

"The challenge of cancer is far too great for any of us to tackle alone. It is our hope that the joining together of the health innovation ecosystem under the National Immunotherapy Coalition will further accelerate the development of game changing, combination immunotherapies for the benefit of cancer patients."



**Frank R. Jones, Ph.D.**
Etubics Corporation
Chairman, President, and CEO

"At Etubics, we specialize in developing innovative immunotherapies and vaccines for a wide-range of resilient diseases including cancer, so it goes without saying that we are extremely excited about this new initiative. We recognize the value in an immune stimulation treatment approach and look forward to volunteering our agents for combination clinical trials that we anticipate will produce groundbreaking results."

# PAYERS



**Jim Huffman**
Bank of America
Senior Vice President, Head of US Health and Wellness Benefits

"Bank of America provides coverage for about 500,000 employees and their families and for the past five years has worked closely with NantHealth to explore innovative methods for improving health & wellness for their associates. We are doing our part to address an issue that affects the lives of our employees, our customers and clients, and the people in the communities we serve around the world. We are committed to providing the most advanced cancer care to our employees and the National Immunotherapy Coalition with its national footprint of oncologists practicing cutting edge medicine is a valuable resource we will now be able to offer to our 500,000 beneficiaries. Bank of America has partnered with Dr. Soon-Shiong and his team over the past five years to bring advanced health and wellness to our associates and their families, and we are proud to be a part of this Cancer MoonShot 2020."



**Daniel J. Hilferty**
Independence Health Group
President and CEO

"At Independence Blue Cross, we are proud to be the first major insurer offering reimbursement to our members for this next generation whole genome sequencing. We are committed to bringing state-of-the-art advances in oncology care to our members and making care accessible and affordable.

**PROCEEDINGS OF THE DECEMBER 1ST MEETING**

Independence Blue Cross is committed to bringing state-of-the-art advances in oncology care. Although the science is still evolving, experts agree that immunotherapy is a game-changing approach that is expected to revolutionize the way we treat cancer in the future. We are proud to participate in the National Immunotherapy Coalition. We look forward to continued collaboration among this incredible team to develop the most innovative cancer fighting strategy in our lifetime."

## TECHNOLOGY



**Paul M. Black**
Allscripts
CEO & Director

"The National Immunotherapy Coalition is an exciting step towards a more efficient future in cancer treatment, partnering research and health information technology in an entirely new way. As a leader in healthcare information technology solutions, the EHR solution for the NIH and the NCI, we will play the critical role of connecting this newfound medical insight to the communities of healthcare professionals at the frontlines of care delivery. Combining the cutting edge research being done by NantWorks with the power of their Allscripts clinical information solutions will better harness the enormous volume of newly available data, allowing the dissemination of new discoveries much more rapidly to connected communities than has been possible in the past. We have seen already that when new research is presented in the clinicians' workflow efficiently and in a way that feels natural to them, it allows them to focus first and foremost on the well-being of all those dealing with cancer."



**John Chen**
Blackberry
CEO

"At Blackberry, we understand the value that lies at the intersection of healthcare and technology, which is why we are constantly making advancements to reflect the ever-changing healthcare landscape. As we already power many of the tools that clinicians rely on heavily, we are confident that our involvement in the National Immunotherapy Coalition will be an asset to the future of Cancer treatment. This unique collaboration is pioneering extraordinary solutions to cancer care and we are truly honored to be a part of it."