IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER, BY AND THROUGH THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 16-3155 |
| NANTHEALTH, INC.; NANTWORKS, LLC; NANT HOLDINGS IP, LLC; and DR. PATRICK SOON-SHIONG, | § § § § § | |
| Defendants. | § § | |

## NOTICE OF SETTLEMENT

The parties have tentatively reached a settlement agreement and are working to finalize the terms.  The parties request that the Court issue a conditional dismissal that will allow the parties time to finalize the settlement.  The parties will notify the Court once the settlement agreement is finalized.

Respectfully submitted,

JACKSON WALKER LLP

By: */s/ Charles L. Babcock*
Charles L. Babcock
TXBN 01478500 / SDTXBN 10982
*Attorney-in-Charge*

John K. Edwards
TXBN 24002040 / SDTXBN 21645
D. Brit Nelson
TXBN 14888660 / SDTXBN 23680
William J. Stowe
TXBN 24075124 / SDTXBN 1138801
1401 McKinney Street, Suite 1900

1

Houston, Texas 77010
(713) 752-4200 – Telephone
(713) 752-4221 – Facsimile
cbabcock@jw.com; jedwards@jw.com;
bnelson@jw.com; wstowe@jw.com

Carl C. Butzer
TXBN 03545900 / SDTXBN 16376
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile
cbutzer@jw.com

Emilio B. Nicolas
TXBN 24058022 / SDTXBN 1151680
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000 – Telephone
(512) 236-2002 – Facsimile
enicolas@jw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on March 28, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ John K. Edwards*
John K. Edwards

2

18074797v.2