UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
March 29, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| The Board of Regents of<br>The University of Texas System,<br><br>　　　　Plaintiff,<br><br>*versus*<br><br>NantHealth, Inc., *et al.*,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action H-16-3155 |

## Conditional Dismissal

1.　　Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2.　　The court retains jurisdiction to enforce the settlement.

3.　　By April 28, 2017, the parties may move for reinstatement.

4.　　All deadlines in the discovery order of March 10, 2017, are suspended.

Signed on March 29, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge