IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

THE UNIVERSITY OF TEXAS M.D. §
ANDERSON CANCER CENTER, BY §
AND THROUGH THE BOARD OF §
REGENTS OF THE UNIVERSITY OF §
TEXAS SYSTEM, §
                                              §
                                              §
        Plaintiff,                            §
                                              §
v.                                            §    Civil Action No. 16-3155
                                              §
NANTHEALTH, INC.;                             §
NANTWORKS, LLC;                               §
NANT HOLDINGS IP, LLC;                        §
and DR. PATRICK SOON-SHIONG,                  §
                                              §
        Defendants.                           §

## NOTICE OF COMPLETED SETTLEMENT

All parties jointly notify the Court that on April 27, 2017, a confidential settlement agreement was completed that disposes of all claims in the lawsuit. Accordingly, the parties jointly request that the Court sign an order dismissing all claims in the lawsuit with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

JACKSON WALKER LLP

By: */s/* Charles L. Babcock
_____
      Charles L. Babcock
      TXBN 01478500 / SDTXBN 10982
      *Attorney-in-Charge*

      John K. Edwards
      TXBN 24002040 / SDTXBN 21645
      D. Brit Nelson
      TXBN 14888660 / SDTXBN 23680
      William J. Stowe
      TXBN 24075124 / SDTXBN 1138801
      1401 McKinney Street, Suite 1900

1

Houston, Texas 77010
(713) 752-4200 – Telephone
(713) 752-4221 – Facsimile
cbabcock@jw.com; jedwards@jw.com;
bnelson@jw.com; wstowe@jw.com

ATTORNEYS FOR PLAINTIFF

REYNOLDS FRIZZELL LLP

By:

Jeremy Doyle
TXBN 24012553 / SDTXBN 24559
*Attorney-in-Charge*

1100 Louisiana, Suite 3500
Houston, Texas 77002
Tel. 713-485-7200
Fax. 713-485-7250
doyle@reynoldsfrizzell.com

Of counsel:
Michael J. McCue
Jonathan W. Fountain
Zachary T. Gordon
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
(702) 949-8200 – Telephone
(702) 949-8363 – Facsimile
mmccue@lrrc.com; jfountain@lrrc.com;
zgordon@lrrc.com

ATTORNEYS FOR DEFENDANTS

2

18259331