UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

May 02, 2017

David J. Bradley, Clerk

| | | |
|---|---|---|
| The Board of Regents of The University of Texas System, | § § § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-16-3155 |
| NantHealth, Inc., et al., | § § § | |
| Defendants. | § | |

## Final Dismissal

1.  Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2.  The court retains jurisdiction to enforce the settlement.

Signed on May 2, 2017, at Houston, Texas.

_____

Lynn N. Hughes
United States District Judge